# EXHIBIT 1

usconsumerattorneys.com
Shares video with
Automatically sends users to
dumpyourtimesharenow.com
Uses Domain Names
uscalaw.com
Owns
tsrsoline.com
US Consumer Attorneys, P.A.
Located In Same Office As
bestresortrentalandsale.com
Manager/Consultant
Pluto Marketing, Inc.
Owns
timesharefighter.com
Owner/Managing Partner
pacificmonarchbankruptcy.com
HENRY PORTNER, ESQ.
Business Partners
ROBERT SUSSMAN
Owns
timeshareresalesource.com
Owns
1Planetmedia, Inc.
Sends consumers to
John Does #1-50
Sends consumers to
Operates
KEY
Sends consumers to
Call Center
DEFENDANTS
TPE ATTORNEY/ DEFENDANT
Newton Group Transfers, LLC
Common Ownership
The Newton Group, ESA LLC
Operates
Call Center
NON-PARTY MARKETING ENTITIES
Operates
DC CAPITAL LAW GROUP, LLP
Direct Mailings
DEFENDANTS' WEBSITES
Sends consumers to

