

**Google**    US Consumer Attorneys    🔍    Sign in

All   News   Images   Maps   Shopping   More    Settings   Tools    Google recommends using Chrome. Try it?

About 48,100,000 results (0.40 seconds)    NO THANKS    YES

### #1 Rated and Completely Free | Call Wyndham Cares Today
[Ad] www.myclubwyndham.com/Wyndham_Cares/Timeshare_Exit ▼ (866) 604-4052
Call Your Owner Care Specialist About Timeshare Exit Options That Work For You! Don't Be Left Liable. Open Mon-Fri 9am-6pm EST. No **Attorney** Needed. Official Site

**Timeshare Exit Options**    **Work with Wyndham First**
Ovation timeshare exit program    Call us before you talk to an
has helped owners like you!    attorney or exit company!

### US Consumer Attorneys Reviews | Get Out of Timeshare Contracts
[Ad] www.usconsumerattorneys.com/ ▼
Our Timeshare **Attorneys** Get You Out. We're Top Rated by Timeshare Owners. No Hidden Fees. Satisfaction Guaranteed. Top-rated by Owners. Get Rid of Timeshares. Services: Timeshare Exit Services, Void Timeshare Contract, Timeshare Fee Exit.
One-time Low Fee · Client Testimonials · Cancel your Timeshare now · Timeshare Exit Program

### US Consumer Attorneys
https://usconsumerattorneys.com/ ▼
Eliminate timeshare with our timeshare exit **lawyers**, Cancel timeshare legal contract fraud at affordable fees with help of our timeshare mortgage **attorneys**.
How to Cancel Timeshare · RCI Resort Timeshare · Timeshare Transfer · Blog

### US Consumer Attorneys | Better Business Bureau® Profile
https://www.bbb.org/us/ca/san.../attorney/us-consumer-attorneys-1126-172010765 ▼
Friendly staff each time I called and very patient with me. It was a long process to get released from my timeshare, but **US Consumer Attorneys** were always in

### US Consumer Attorneys - Home | Facebook
https://www.facebook.com › Places › San Diego, California
**US Consumer Attorneys**. 37 likes. We assist in getting timeshare owners OUT of their timeshare contracts. We are not a Real Estate or timeshare resale...

### US Consumer Attorneys Reviews | Glassdoor
https://www.glassdoor.com/Reviews/US-Consumer-Attorneys-Reviews-E1921790.htm ▼
Rating: 1 - 1 review
1 **US Consumer Attorneys** reviews. A free inside look at company reviews and salaries posted anonymously by employees.

### US Consumer Attorneys Review - Timeshare Exit Companies
https://www.timeshareexitcompanies.com › Reviews › US Consumer Attorneys Review ▼
Jun 21, 2018 - **US Consumer Attorneys** is another timeshare exit company that can help you cancel your timeshare. The company was founded in 2014 and is ...

### US Consumer Attorneys Reviews
https://usconsumerattorneysreviews.wordpress.com/ ▼
**US Consumer Attorneys** have been liberators to many of their clients who have been burdened with timeshare debts. They have used their expertise and ...

### US Consumer Attorneys False Complaints
https://usconsumerattorneysfalsecomplaints.wordpress.com/ ▼
**USConsumerattorneys** has been impeccable in its work, which is why people don't mind giving it positive **USConsumerattorneys** reviews that further boost its ...

### Truth about US Consumer Attorney Reviews and Complaints ...
https://sites.google.com/.../usconsumerattorneysreviews/truth-about-us-consumer-attorne...
**US Consumer Attorneys** are well versed in consumer protection law as well as in contract law, tax law, and bankruptcy law. Cancelling a timeshare can be ...

### Negotiating and Negating the US Consumer Attorney negative reviews
https://medium.com/@usconsumerattorneys97/negotiating-and-negating-the-us-consu... ▼
May 8, 2017 - **USconsumerattorneys** negative reviews are very shocking in nature as it is clouding all the beneficial and benevolent acts of the company.

### DIAMOND RESORTS INTERNATIONAL, INC. et al v. US CONSUMER ...
https://www.law360.com/cases/5aa682b0ad39405fe6000007?article_sidebar=1
Jun 7, 2018 - Timeshare giant Diamond Resorts' lawsuit against law firm **US Consumer Attorneys** PA will remain in Florida after a federal judge entered an ...



## US Consumer Attorne

Website    Directions    Save

3.3    20 Google reviews
Law firm in San Diego, California

**Address:** 5173 Waring Rd #106, San Diego, CA
**Hours:** Open · Closes 5PM ▼
**Phone:** (855) 627-0795

Suggest an edit · Own this business?

### Questions & answers
See all questions (2)

### Reviews    Write

 "Great **experience** with USCA, profession best **service**."

 "I consider their advertised **services** a sc

 "I will recommend to the **people** who are disputes."

View all Google reviews

### People also search for

  

Consumer    Glassey |    Hyde &    Elli
Attorneys,...    Smith    Swigart    Co
Diego    Legal Services    Law Firm    Pers
Attorney                                                           Atto



EXHIBIT
tabbies 2

#### Guaranteed Timeshare Exit | Call Us Before You Sign
[Ad] www.pmanagementgroup.com/timeshare_exit ▼
"A" Rated by the BBB. 100% Money Back Guarantee! Expert Timeshare Exits. Protect Your Credit Score. BBB "A+" Rating. Types: Free Consultation, Money Back Guarantee, A Rated by BBB
Meet Our Founder · Free Phone Consultations · How Does It Work?
   7200 Lake Ellenor Dr #240, Orlando, FL - (407) 627-1179

#### Cancel Timeshare Legally Now? | 100% Guaranteed & Lowest Fees
[Ad] www.canceltimesharelegally.com/Get-Out-Fast/+Guaranteed ▼
Fast - Affordable - Legal Way Out of your Timeshare - Rated "A+" 100% Guaranteed. Free Fast Evaluation. 100% Guaranteed Results. Price Matching Available. Eliminate Maintenance Fee. Lowest Fees - Best Rates. We've Helped 1,000's. No Risk - No Obligation. Rated 5-Star.
Free Evaluation - from $0.00 - Get Started Today · More ▼

### Searches related to US Consumer Attorneys

| | |
|---|---|
| us consumer attorneys **timeshare reviews** | **timeshare attorney california** |
| us consumer attorneys **reviews** | **timeshare attorney texas** |
| us consumer attorneys **phone number** | **timeshare attorney reviews** |
| consumer **attorney services complaints** | us consumer attorneys **cost** |

1  2  3  4  5  6  7  8  9  10    Next

32801, Orlando, FL - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms