



Menu →

## Welcome to US Consumer Attorneys!

US Consumer Attorneys assists timeshare owners in getting OUT of their timeshare contracts. We are not a Real Estate or timeshare resale company.



We're a law firm that specializes in timeshare ownership cancellations. You may be eligible even if you have a mortgage. Imagine what it would be like with no more fees and headaches!

All Paid In Full Timeshare Cancellations are Guaranteed to be Transferred or In Process within ONE YEAR or **Your Money Back**!*

PLUS: We'll Beat Any Price for Paid In Full Timeshare Transfers.**

Terminate your timeshare hassle – Contact Us now to **Cancel your Timeshare**.

*Eliminate Timeshare Contracts Easily*

# Did your Timeshare Salesperson:



EXHIBIT 3

https://usconsumerattorneys.com/    9/14/2018

» Present the membership offer to you for more than 90 minutes?
» Invite you to a free gift, trip, meal or event, which turned into a sales pitch?
» Tell you that the timeshare would go up in value over time?
» Claim that you could sell and/or rent your timeshare whenever you wish?
» Promise that they would buy it back from you if desired?

This is where US Consumer Attorneys comes to the rescue! These are unethical tactics and are considered coercive, and some of them are even fraudulent. If you were subjected to such treatment, your timeshare company can be held legally accountable.

Timeshare resort companies cannot legally use high-pressure tactics to force you to buy a timeshare membership. Many timeshare companies use lies, intimidation and fraudulent claims, which is illegal. US Consumer Attorneys demands that they cancel your timeshare contract, permanently. We'll Beat Any Price for Paid In Full Timeshare Transfers!

Contact Us now to **Cancel your Timeshare Contract**.

# Our Timeshare Attorneys

We have carefully constructed a team of seasoned lawyers with approximately 100 years of combined experience.

Our Lawyers have extensive experience with helping consumers seek the resolution needed to absolve them of the contractual and

financial obligations associated with being bound to a Timeshare contract agreement that no longer serves them.

Our full-service legal team is able to provide the specific support necessary to negotiate terms with some of the largest Timeshare and Resort developers in the world and we have the track record to prove it!

**Even if we have to sue your timeshare company, you WILL NOT be responsible for any additional legal fees.** Our attorneys are located across the nation, in California, Colorado, Florida, Georgia, Nevada, New Jersey, Pennsylvania, South Carolina, Texas, Virginia and Mexico.

## Serving Clients in All 50 States and Worldwide!
## Have a Timeshare Mortgage? No Problem!

## We also Offer the Lowest Price for Paid In Full Timeshare Transfers!

US Consumer Attorneys provides the legal counsel you need to get you out of your timeshare contract. Our attorneys practice national timeshare industry law, contract law, bankruptcy law and general consumer protection law. A timeshare is difficult, but not impossible, to be cancelled. We have the resources and the expertise to get the job done. We are able to succeed where others may have failed.



# How We Succeed

US Consumer Attorneys' proven, results-driven Timeshare Cancellation program will endeavor to End Your Timeshare Contract. Dedicated to protecting consumers from the fraudulent practices of timeshare companies, we will demand immediate release from your resort membership, and assist you in getting you out of your resort membership contract.

Our experienced, knowledgeable attorneys and timeshare industry professionals will keep you updated throughout the comprehensive and secure process.

Timeshare companies, and user groups that are funded and controlled by the timeshare industry, imply that your contract is not cancellable. While a timeshare contract is a legal document, it

is incorrect to think that such a contract cannot be cancelled. Under general contract law, the truth is that contracts are cancellable for many reasons.

If you have been the victim of timeshare fraud, hassles and misrepresentations, contact us to schedule a consultation to find out how to Cancel your Timeshare permanently.

\* All Paid In Full timeshares are guaranteed to be transferred or in process within the one year after you, the client, give us your file documents, or you will receive your money back.
\*\* Must have a legitimate quote from a licensed law firm or transfer company.

# Get Started Today

## Please enter your Contact Information:
We will respond within 24 hours (one business day).

**Your Name**:

**Contact Phone Number**:

**Email Address**:

**Does your timeshare have an existing mortgage?**
◯ Yes   ◯ No

**Please enter your complaint, question and/or comment regarding your timeshare**:

Enter Complaint, Question or Comment

**(Optional) How did you hear about us?**

Select below:

Send

Home   Consumer Law   Our Process   FAQs   Testimonials   Our Lawsuits   Contact Us

About Us   Our Guarantees   News & Forum »   Watch Video   Timeshare Calculator

Copyright © 2018 USConsumerAttorneys.com - All Rights Reserved. | Privacy Policy | Site Map

DISCLAIMERS: We at USConsumerAttorneys.com ( US Consumer Attorneys PA) do not suggest, advise or sanction the non-payment of any financial obligations due, unless, as one of our clients, you have been specifically advised by us to do so, in writing. This Website does not give specific legal advice about your specific legal problem. No text or graphic contained in this Website is to be or should be used or relied upon as legal advice. This Website does not create an attorney-client relationship. If you want specific legal advice about your particular legal issues, or if you want to create an attorney-client relationship, you need to retain U.S. Consumers Attorneys by a signed written retainer agreement.

If you are suffering from a financial hardship and are no longer able to afford or simply want to sell your timeshare, call your timeshare company and see if they are willing to take back their timeshare as many of the timeshare developers have programs designed for those in financial distress or simply want to sell. If, however, your timeshare does not have a program that fits your needs and it seems like you will be stuck with the timeshare and its obligations to pay maintenance fees for life, you should consult with U.S. Consumer Attorneys, our lawyers are familiar with these laws. In sum, do not despair, hope exists for those timeshare owners, who wish to cancel their timeshare contract and no longer be burdened by their timeshare and it's lifetime of financial obligations.

