

A tool for tracking the redirection path of URLs

 uscalaw.com                                                                 Trace URL

# Results of Trace

http://uscalaw.com

**302 Redirect**

http://usconsumerattorneys.com

**302 Redirect**

https://usconsumerattorneys.com/


**Trace Complete**

affiliate link tracer | 301 tracker | ad link tracker | redirect tracer | redirect tracker | changelog | contact



Your domain.



EXHIBIT 4