

# Domain - Email - Name Report

**Basic Report for Domain**

## USCALAW.COM

**Generated August 17, 2018**

A current version of this report can be viewed online at
http://www.domainiq.com/domain?USCALAW.COM



**EXHIBIT**

5

Basic Domain - Email - Name Report for USCALAW.COM                                        August 17, 2018

# Table of Contents

Domain Overview .................................................................................................................. 2
   Domain Details .............................................................................................................. 3
Risk Factors ........................................................................................................................ 4
Server Location ................................................................................................................... 5
Website Snapshot ............................................................................................................... 6
Other Extensions ................................................................................................................ 7
Reverse Lookup .................................................................................................................. 8
   Domains on IP ............................................................................................................... 8
   Domains on Subnet ....................................................................................................... 8
   Domains on Nameserver ............................................................................................... 8
Whois Record ..................................................................................................................... 9
   Raw Whois Record ...................................................................................................... 10
SEO Overview ................................................................................................................... 12
   SEO Backlinks ............................................................................................................. 13
   Search Engine Keywords ............................................................................................. 13
   Backlink Breakdown .................................................................................................... 13
Historical Whois Records .................................................................................................. 14

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

# Domain Overview

USCALAW.COM is currently associated with **SELECT CONTACT DOMAIN HOLDER LINK AT HTTPS://WWW.GODADDY.COM/WHOIS/RESULTS.ASPX?DOMAIN=USCALAW.COM**. It is registered at **GoDaddy**.

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

## Domain Details

**Status:**
*Domains can be developed, parked (showing ads), or registered but not used.*

Registered - Redirected

**Website Pages:**
*The number of developed pages we identified on this site.*

0

**Appraised Value:**
*Estibot® appraised value estimate for this domain.*

Unknown

**Monthly Visits:**
*Estimated monthly visits.*

Unknown

**Category:**
*The category that best matches this domain.*

Other > Dictionary Word

**Alexa Rank:**
*The domain's score in the Alexa traffic index. Lower means more traffic.*

Unknown / None

**Aliases Used:**
*Possible names that the registrant may use, as detected by email search.*

-1

**Pagerank:**
*Recent Google® PageRank score for the domain.*

Unknown

**Flags:**
*Indicates if the domain has been detected as an adult or trademark domain, or if any UDRP cases exist.*

None

**Language:**
*The closest detected language for this domain name.*

English (49% match)

**Trademark:**
*Details about any trademarks that may be associated with this domain name.*

None detected

**Backlinks:**
*The number of unique domains containing one or more links to this domain.*

Unknown

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

# Risk Factors

### Adult

This domain does not appear to be adult in nature.

### Trademarks

We didn't detect any trademarks upon which this domain may be infringing.

### UDRP Cases

We were unable to find any UDRP cases associated with this domain.

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

# Server Location



Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

# Website Snapshot

Retrieved August 17, 2018



Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

# Other Extensions

.net                                                                    **Available**

.org                                                                    **Available**

.biz                                                                    **Available**

.info                                                                   **Available**

.us                                                                     **Available**

.eu                                                                     **Available**

Basic Domain - Email - Name Report for USCALAW.COM

August 17, 2018

## Domains on IP: 64.50.173.131

1 total.

uscalaw.com

## Domains on Subnet: 64.50.173.1-254

194 total.

| | | |
|---|---|---|
| 51aloft.com | 51flightshop.com | 51pilotshop.com |
| 7astore.com | a2ibuild.com | adamjslemmer.com |
| airparts51.com | airpartshop.com | aminutsornormal.org |
| amusementparkrides.us | angelnethamaliel.com | angelnetmalahidiel.com |
| avparts51.com | avpartshangar.com | balkanbratdom.com |
| becomeawoman.com | benivia.com | besplacebooks.com |
| besplace.com | bestphen.com | bestresortrentalandsale.com |
| boogulla.com | californiateacherscontinuinge | canvasdevelopment.com |
| caseyneilonmail.com | coloradoteacherscontinuingedu | consignmentsalefinder.org |
| consumersguidetohealthinsuran | consumersguidetomakingmoneycon | sumershealthcareguide.org |
| cornmazesandhayrides.org | cornmazesandmore.org | countdowngames.com |
| crystals2love.com | csmfiles.com | csmspace.com |
| dreamglassmexico.com | duaneackerman.com | dumpyourtimesharenow.com |
| easteregghuntsandeasterevents | + 154 more | |

## Domains on Nameserver: ns1.uscalaw.com

1 total.

uscalaw.com

Basic Domain - Email - Name Report for USCALAW.COM                                    August 17, 2018

# Whois Record                                              Retrieved on August 17, 2018

|  |  |
|---|---|
| **Registrar:** | GoDaddy |
| **Status:** | clientTransferProhibited, clientRenewProhibited, ClientDeleteProhibited, ClientUpdateProhibited |
| **Creation Date:** | November 11, 2014 |
| **Update Date:** | August 9, 2018 (1 week ago) |
| **Expiration Date:** | November 11, 2018 |
| **Nameserver 1:** | NS1.USCALAW.COM |
| **Nameserver 2:** | NS2.USCALAW.COM |

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

# Raw Whois Record                              Retrieved on August 17, 2018

```
Domain Name: USCALAW.COM
Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-08-09T20:00:19Z
Creation Date: 2014-11-11T00:55:05Z
Registry Expiry Date: 2018-11-11T00:55:05Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS1.USCALAW.COM
Name Server: NS2.USCALAW.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2018-08-17T20:05:03Z <<<Domain Name: uscalaw.
Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-11-13T21:38:08Z
Creation Date: 2014-11-11T00:55:05Z
Registrar Registration Expiration Date: 2018-11-11T00:55:05Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferP
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhi
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibi
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhi
Registrant Organization: Pluto Marketing
Registrant State/Province: NV
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS1.USCALAW.COM
Name Server: NS2.USCALAW.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

>>> Last update of WHOIS database: 2018-08-17T20:00:00Z <<<

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

# SEO Overview

Site Title:      None

SERP Keywords:   0
*Number of indexed results for this domain's SLD ("uscalaw").*

Site Description:   None

Keywords Indexed:   None
*The number of unique keywords or phrases for which this domain is indexed.*

Unique Backlinks:   0
*The number of unique domains linking to this domain.*

PageRank:   Unknown
*Recent Google® PageRank score for the domain.*

Total Backlinks:   0
*The total number of links to this domain.*

Alexa Rank:   Unknown / None
*Alexa traffic index. Lower means more traffic.*

PageRank History:

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

## SEO Backlinks

Unique Backlinks:                     Backlink Anchor Text Cloud:

Not Available                         Not Available

Basic Domain - Email - Name Report for USCALAW.COM                     August 17, 2018

# Historical Whois Records

This domain has a total of **10** historical whois records associated with it, starting November 11, 2014. We detected **8** unique changes across these records. The records with changes are listed below.

August 17, 2018 .................................................................................................................... 15
December 15, 2017 ............................................................................................................. 16
October 29, 2016 ................................................................................................................ 17
January 9, 2016 .................................................................................................................. 18
April 12, 2015 ..................................................................................................................... 20
January 26, 2015 ................................................................................................................ 22
November 12, 2014 ............................................................................................................ 24

Basic Domain - Email - Name Report for USCALAW.COM                                    August 17, 2018

## Archived on August 17, 2018

```
Domain Name: USCALAW.COM
Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-08-09T20:00:19Z
Creation Date: 2014-11-11T00:55:05Z
Registry Expiry Date: 2018-11-11T00:55:05Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: 480-624-2505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
Name Server: NS1.USCALAW.COM
Name Server: NS2.USCALAW.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-11-13T21:38:08Z
Creation Date: 2014-11-11T00:55:05Z
Registrar Registration Expiration Date: 2018-11-11T00:55:05Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferP
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhi
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibi
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhi
Registrant Organization: Pluto Marketing
Registrant State/Province: NV
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/w
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/r
Name Server: NS1.USCALAW.COM
Name Server: NS2.USCALAW.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

## Archived on December 15, 2017

```
Domain Name: USCALAW.COM
 Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
 Registrar WHOIS Server: whois.godaddy.com
 Registrar URL: http://www.godaddy.com
 Updated Date: 2017-11-13T21:38:08Z
 Creation Date: 2014-11-11T00:55:05Z
 Registry Expiry Date: 2018-11-11T00:55:05Z
 Registrar: GoDaddy.com, LLC
 Registrar IANA ID: 146
 Registrar Abuse Contact Email: abuse@godaddy.com
 Registrar Abuse Contact Phone: 480-624-2505
 Domain Status: ok
 Name Server: NS1.USCALAW.COM
 Name Server: NS2.USCALAW.COM
 DNSSEC: unsigned
 URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

## Archived on October 29, 2016

```
Domain Name: USCALAW.COM
 Registrar: GODADDY.COM, LLC
 Sponsoring Registrar IANA ID: 146
 Whois Server: whois.godaddy.com
 Referral URL: http://www.godaddy.com
 Name Server: NS1.USCALAW.COM
 Name Server: NS2.USCALAW.COM
 Status: ok https://icann.org/epp#ok
 Updated Date: 27-jan-2015
 Creation Date: 11-nov-2014
 Expiration Date: 11-nov-2016
//icann.org/epp
-end-registry-data-
```

Basic Domain - Email - Name Report for USCALAW.COM                          August 17, 2018

## Archived on January 9, 2016

```
Domain Name: USCALAW.COM
    Registrar: GODADDY.COM, LLC
    Sponsoring Registrar IANA ID: 146
    Whois Server: whois.godaddy.com
    Referral URL: http://registrar.godaddy.com
    Name Server: NS1.USCALAW.COM
    Name Server: NS2.USCALAW.COM
    Status: ok http://www.icann.org/epp#OK
    Updated Date: 27-jan-2015
    Creation Date: 11-nov-2014
    Expiration Date: 11-nov-2016

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.
Domain Name: USCALAW.COM
Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-01-12T23:59:19Z
Creation Date: 2014-11-11T00:55:05Z
Registrar Registration Expiration Date: 2016-11-11T00:55:05Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: ok http://www.icann.org/epp#ok
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: USCALAW.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

```
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: USCALAW.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: USCALAW.COM@domainsbyproxy.com
Name Server: NS1.USCALAW.COM
Name Server: NS2.USCALAW.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/r
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

## Archived on April 12, 2015

```
Domain Name: USCALAW.COM
    Registrar: GODADDY.COM, LLC
    Sponsoring Registrar IANA ID: 146
    Whois Server: whois.godaddy.com
    Referral URL: http://registrar.godaddy.com
    Name Server: NS1.USCALAW.COM
    Name Server: NS2.USCALAW.COM
    Status: ok http://www.icann.org/epp#OK
    Updated Date: 27-jan-2015
    Creation Date: 11-nov-2014
    Expiration Date: 11-nov-2016

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.
Domain Name: USCALAW.COM
Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-01-12T23:59:19Z
Creation Date: 2014-11-11T00:55:05Z
Registrar Registration Expiration Date: 2016-11-11T00:55:05Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: ok http://www.icann.org/epp#ok
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: USCALAW.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

```
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: USCALAW.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: USCALAW.COM@domainsbyproxy.com
Name Server: NS1.USCALAW.COM
Name Server: NS2.USCALAW.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/r
```

Basic Domain - Email - Name Report for USCALAW.COM                      August 17, 2018

## Archived on January 26, 2015

```
Domain Name: USCALAW.COM
    Registrar: GODADDY.COM, LLC
    Sponsoring Registrar IANA ID: 146
    Whois Server: whois.godaddy.com
    Referral URL: http://registrar.godaddy.com
    Name Server: NS1.USCALAW.COM
    Name Server: NS2.USCALAW.COM
    Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibite
    Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
    Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhi
    Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibite
    Updated Date: 13-jan-2015
    Creation Date: 11-nov-2014
    Expiration Date: 11-nov-2016

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.
Domain Name: USCALAW.COM
Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-01-12T23:59:19Z
Creation Date: 2014-11-11T00:55:05Z
Registrar Registration Expiration Date: 2016-11-11T00:55:05Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferP
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhi
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibi
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhi
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

Registrant Email: USCALAW.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: USCALAW.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: USCALAW.COM@domainsbyproxy.com
Name Server: NS1.USCALAW.COM
Name Server: NS2.USCALAW.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/r

Basic Domain - Email - Name Report for USCALAW.COM

August 17, 2018

## Archived on November 12, 2014

```
Domain Name: USCALAW.COM
 Registrar: WILD WEST DOMAINS, LLC
 Whois Server: whois.wildwestdomains.com
 Referral URL: http://www.wildwestdomains.com
 Name Server: NS31.DOMAINCONTROL.COM
 Name Server: NS32.DOMAINCONTROL.COM
 Status: clientDeleteProhibited
 Status: clientRenewProhibited
 Status: clientTransferProhibited
 Status: clientUpdateProhibited
 Updated Date: 11-nov-2014
 Creation Date: 11-nov-2014
 Expiration Date: 11-nov-2015
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

## Archived on November 11, 2014

```
Domain Name: USCALAW.COM
    Registrar: WILD WEST DOMAINS, LLC
    Whois Server: whois.wildwestdomains.com
    Referral URL: http://www.wildwestdomains.com
    Name Server: NS31.DOMAINCONTROL.COM
    Name Server: NS32.DOMAINCONTROL.COM
    Status: clientDeleteProhibited
    Status: clientRenewProhibited
    Status: clientTransferProhibited
    Status: clientUpdateProhibited
    Updated Date: 11-nov-2014
    Creation Date: 11-nov-2014
    Expiration Date: 11-nov-2015

Registry Domain ID: 1884644617_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.wildwestdomains.com
Registrar URL: http://www.wildwestdomains.com
Update Date: 2014-11-10 19:55:05
Creation Date: 2014-11-10 19:55:05
Registrar Registration Expiration Date: 2015-11-10 19:55:05
Registrar: Wild West Domains, LLC
Registrar IANA ID: 440
Registrar Abuse Contact Email: abuse@wildwestdomains.com
Registrar Abuse Contact Phone: +1.480-624-2505
Reseller: OnlineOnlandDomains.com
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: USCALAW.COM@domainsbyproxy.com
Registry Admin ID:
```

Basic Domain - Email - Name Report for USCALAW.COM                    August 17, 2018

```
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: USCALAW.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: USCALAW.COM@domainsbyproxy.com
Name Server: NS31.DOMAINCONTROL.COM
Name Server: NS32.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/


Please note: the owner of the domain name is specified in the "registrant" secti
In most cases, the Registrar is not the owner of domain names listed in this dat
```