# LAS VEGAS EVENTS AND SHOWS
Your Gateway for Las Vegas Offers Across the Web! For Advertisement Purposes Only.



EXHIBIT
6