# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...  GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Reports   Commercial Recordings   Licensing

## LAS VEGAS EVENTS & SHOWS

Q New Search          Manage this Business    $ Calculate Fees    🖨 Printer Friendly

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 6/15/2011 |
| Type: | Trade Mark | Entity Number: | E0346762011-4 |
| Qualifying State: | NV | List of Officers Due: | |
| Managed By: | | Expiration Date: | 6/15/2021 |
| Date of 1st use in Nevada: | 4/22/1985 | Date of 1st use Anywhere: | 4/22/1985 |
| Classification: | 38 | | |

### Applicant

| | | | |
|---|---|---|---|
| Name: | NEVADA MAGAZINE | Address1: | 401 N. CARSON ST. |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |

### Additional Information

| | |
|---|---|
| Goods and Services: | MAGAZINE |

### Registered Agent Information

No Registered Agent associated with this company

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

### Officers                                                        ☐ Include Inactive Officers

No active officers found for this company

### Actions\Amendments

Click here to view 2 actions\amendments associated with this company

EXHIBIT
tabbies 7