



# NEVADA MAGAZINE

JANUARY/FEBRUARY 2011
VOLUME 71, NUMBER 2

401 N. Carson St.
Carson City, NV 89701-4291
775-687-5416 • 775-687-6159 (fax)
**Subscriptions and Customer Service**: 877-904-7953
E-mail: editor@nevadamagazine.com
Website: nevadamagazine.com

**Publisher:** JANET M. GEARY
**Editor:** MATTHEW B. BROWN
**Associate Editor:** CHARLIE JOHNSTON
**Art Director:** TONY deRONNEBECK
**Production Manager:** SEAN NEBEKER
**Production Assistant:** MELISSA LOOMIS
**Business Manager:** PATI STEFONOWICZ

**Advertising**
**Advertising Sales Director:** CARRIE ROUSSEL
775-687-0610
carrie@nevadamagazine.com
For media kit, click on "Advertise" at nevadamagazine.com

**LasVegasEventsAndShows.com**
**Robert Sussman, CEO:** 619-401-1002
robert@lasvegaseventsandshows.com
**Advertising Information:** 702-537-0955
advertising@lasvegaseventsandshows.com

**Volunteer:** Elmer Wolf

**Contributing Writers:** Chris Carney, Eric Gladstone, Rebecca Theim

**Contributing Photographers:** Jim Boone, Kevin Dyer, Mike Gallagher, William Lane, Chris Nunez, Mark Petterson, Ellen Sargent, Anders Sorensen, Dave Toussaint

**Magazine Advisory Committee:** Joyce Hollister, Rick L'Esperance, Dave Moore, Rich Moreno, John Wilda

Nevada Magazine, a division of the Nevada Commission on Tourism, is self-funded and dependent on advertising and subscription revenue.

**Submissions:** Nevada Magazine assumes no responsibility for damage or loss of material submitted for publication. A stamped self-addressed envelope must be included.

**Disclaimer:** Advertisements in this publication do not constitute an offer for sale in states where prohibited or restricted by law.

**Reprints:** Contact the production department at 775-687-0606 or tony@nevadamagazine.com.

**All Rights Reserved.** Reproduction of editorial content without written permission is prohibited.

**Subscriptions/Customer Service:** Write to Nevada Magazine Subscriptions, P.O. Box 11344, Saint Paul, MN 55111-0344, call 877-904-7953, DID # 651-251-9686, or visit nevadamagazine.com. Please allow at least six weeks for subscription fulfillment or change of address.

*Nevada Magazine* (ISSN 0199-1248) is published bimonthly by the State of Nevada at 401 N. Carson St., Carson City, NV 89701-4291. Copyright © 2010 State of Nevada. Subscriptions are $19.95 per year ($29.95 international). Periodicals postage paid at Carson City, NV, and additional mailing offices. Postmaster: Send address changes to Nevada Magazine Subscriptions, P.O. Box 11344, Saint Paul, MN 55111-0344.

### STATE OF NEVADA



**Governor:** Brian Sandoval
**Commission on Tourism Chairman:**
Lt. Governor Brian K. Krolicki
**Members:** Eric Bello, Chuck Bowling, Cindy L. Carano, Blaise Carrig, Bruce Dewing, Lorraine Hunt-Bono, Ellen Oppenheim, Rossi Ralenkotter, Ryan Sheltra, Ferenc Szony
**Interim Director:** Larry Friedman

Printed by Quad Graphics

