🏠 (/)   Domain, IP, Email or Name   🔍                    History ▼      👤 Welcome, Daniel Barsky ▼

(/)

Overview    Whois    Whois History

📄 (/pdf/?pdf=X_p6c1YjFlMzJhNjMyMTRjNTI4NTE2YzAyZjRmNmY0YTM2NjAzNTM1ZDUyMWRjMDg2Njk3NQ__)

Report type: **Basic** ⓘ

## Basic Report for uscalaw.com

### Limited portfolio information is available for this domain

Complete WHOIS details from the registrar may not be available for this domain. You can view the full WHOIS record or view all archived WHOIS records for this domain.

### Overview

**uscalaw.com** is currently associated with SELECT C...@ (/email?SELECT_CONTACT_DOMAIN_HOLDER_LINK_AT_HTTPS%3A%2F%2FWWW.GODADDY.COM%2FWHOIS%2FRESULTS.ASPX%3FDOMAIN%3DUSCALAW.(. It is registered at GoDaddy (/registrar?GoDaddy).

The domain is hosted on 64.50.173.131 (/ip?64.50.173.131), located in United States – California – Anaheim, which hosts 1 (/reverse_ip?type=ip&data=64.50.173.131) total site.

### Website Snapshot



✏️ Edit    ❋ Contact Owner (/contact_owner?domain=uscalaw.com)     ☑ Ownership Record    🔧 Tools    ❓

### Domain Details

| | | | |
|---|---|---|---|
| Status: | Registered - Redirected | Website Pages: | 1 |
| Appraised Value: | Unknown | Monthly Visits: | 0 |
| Alexa Rank: | None / Unknown | Aliases Used: | 0 |
| Flags: | **None** | Backlinks: | 0 |

### Server Location



### Whois Record Information

| | |
|---|---|
| Registrar: | GoDaddy (/registrar?... |
| Creation Date: | November 11, 2014 |
| Expires: | in 8 weeks (2018-11-11) |
| Nameservers: | NS1.USCALAW.COM... NS2.USCALAW.COM... |
| Mail Servers: | USCALAW.COM (/reverse_mx?type=hostname&data=USCALAW.COM&recursive=0) 64.50.173.131 |

 



| Domains on IP | 64.50.173.131 | Domains on Subnet | 64.50.173.1–254 |
|---|---|---|---|
| 1 total. | | 194 total. | |

jZjEkpIGh5(VrEvjeteehiMj7hyOFBIZ8Zd4YaVQ2SJ1579D82MDQyOWY4N2FmNmI2NTI0N2IwNjVjZDZlYg__)

Whois (/ip?64.50.173.131)   Explore (/reverse_ip?type=subnet&data=64.50.173)

uscalaw.com (/domain?uscalaw.com)

adamjslemmer.com (/domain?adam...
aminutsornormal.org (/domain?ami...
benivia.com (/domain?benivia.com)
besplacebooks.com (/domain?bespl...
besplace.com (/domain?besplace.co...
besplace.net (/domain?besplace.net)
boogulla.com (/domain?boogulla.c...
consignmentsalefinder.org (/domai...
consumersguidetohealthinsurance....
consumersguidetomakingmoneyonl...
consumershealthcareguide.org (/do...
cornmazesandhayrides.org (/domai...
cornmazesandmore.org (/domain?c...
duaneackerman.com (/domain?dua...
easteregghuntsandeasterevents.org...
edwardjknight.com (/domain?edwar...
farmassociations.org (/domain?farm...
farmbedandbreakfasts.org (/domain...
fitnessandhealthscience.org (/domai...
freedessertpublishing.com (/domain...
funfactorytours.com (/domain?funfa...
funfactorytours.org (/domain?funfa...
guysguidetobuyingjewelry.org (/do...
horseridesandmore.org (/domain?h...
hotspotsforlunch.com (/domain?hot...
howtodivorceacrazyorabusivespous...
indoorairhealthservices.com (/doma...
jbslemmer.com (/domain?jbslemme...
jobsearcherresources.org (/domain?...
localfarmmarkets.co.uk (/domain?lo...
localfarmmarkets.org (/domain?loca...
localfarmshops.org.uk (/domain?loc...
localhoneysources.org (/domain?loc...

localmeatmilkeggs.org (/domain?lo...

localmilkmeateggs.org (/domain?lo...

maplesyrupfarms.org (/domain?ma...

nick-scipio.com (/domain?nick-scipi...

nickscipio.com (/domain?nickscipio....

strickland83.com (/domain?stricklan...

thinknudecomics.com (/domain?thi...

## Reverse Lookup

No reverse lookup data available for this domain at this time.

DISCLAIMER: Information provided on domainIQ is gathered using automated means from public sources such as registrar whois records, web sites and search engines. As a result, all information provided is subject to errors, inaccuracies, inconsistencies and incompleteness. Although domainIQ takes steps to ensure all information provided is accurate and recent, domainIQ cannot guarantee the accuracy, condition or availability of any information provide on this site. All information is provided "AS IS". Portfolio information includes a summary of all data gathered from the user's original query and is also generated using automated means and subject to errors, inaccuracies, inconsistencies and incompleteness.

### Quick Links

My Account (/account)
Tools (/tools)
News (/news)
Enterprise Services (/enterprise)
FAQ (/faq)
Contact (/contact)
Site Map (/sitemap)
Domain Directory (/browse)

### Stay In Touch

(https://www.facebook.com/DomainIQ)
(https://twitter.com/DomainIQ)
(https://plus.google.com/+Domainiq)

### Newsletter

Subscribe to our monthly newsletter and be the first to know about our news and special deals!

Your Name

E-mail Address

© 2018, domainIQ Corp.