**EXHIBIT**
labels
10

| Domain | IP | Registrant | Email | Registrar | Creation Date |
|---|---|---|---|---|---|
| 2artaduh.com | 64.50.173.130 | peyton foots with 31 domains | peytonfoots@gmail.com with 24 domains | WILD WEST DOMAINS, LLC | 2012-09-19 |
| hayylifish.com | 64.50.173.233 | private registrant with 65,862,839 domains | hayylifish.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2013-08-13 |
| pickyoucrownchristmastree.org | 64.50.173.18 | private registrant with 65,862,839 domains | pickyoucrownchristmastree.org@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2004-10-12 |
| consumerhealthacquireide.org | 64.50.173.18 | john slemmer with 227 domains | registriations@banvio.com with 216 domains | GODADDY.COM, LLC | 2010-02-15 |
| oklahomateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2015-12-16 |
| iowateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2015-12-16 |
| utahteachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2015-12-16 |
| ayportal.org | 64.50.173.110 | peyton foots with 31 domains | peytonfoots@gmail.com with 24 domains | WILD WEST DOMAINS, LLC | 2012-09-19 |
| canvasdevelopment.com | 64.50.173.130 | peyton foots with 31 domains | peytonfoots@gmail.com with 24 domains | GODADDY.COM, LLC | 2008-04-29 |
| sangsomefaculties.info | 64.50.173.140 | massimo cardia with 9 domains | massimocardi@gmx.it.com with 7 domains | TUCOWS DOMAINS INC. | 2002-10-17 |
| dreamglassmexico.com | 64.50.173.241 | private registrant with 65,862,839 domains | dreamglassmexico.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2017-10-25 |
| bemvie.org | 64.50.173.18 | js slemmer with 405 domains | jbat123@bellsouth.net with 392 domains | GODADDY.COM, LLC | 2004-07-07 |
| wherehereverywindsailinyrrduct.org | 64.50.173.18 | john slemmer with 227 domains | registriations@banvio.com with 216 domains | GODADDY.COM, LLC | 2005-08-09 |
| llightstudios.com | 64.50.173.106 | private registrant with 65,862,839 domains | rbd4244g45m@networksolutionsprivateregistration.com with 1 domain | NETWORK SOLUTIONS, LLC | 2009-03-02 |
| phen375.net | 64.50.173.114 | private registrant with 65,862,839 domains | phen375.net@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-06-16 |
| nzagentdertakers.org | 64.50.173.116 | | web@tronodrainsgrove.com with 3 domains | GODADDY.COM, LLC | 2016-06-12 |
| provalen.co.uk | 64.50.173.114 | ritglobal with 3 domains | | GoDaddy.com, LLP. | 2015-08-08 |
| tg-erstokio.org | 64.50.173.65 | customer of lunarpages with 6,743 domains | hostmaster@lunarpages.com with 73,071 domains | TUCOWS INC. | 2014-12-02 |
| maicatlist.com | 64.50.173.140 | massimo cardia with 9 domains | massimocardi@arpages.com with 73,071 domains | TUCOWS DOMAINS INC. | 2005-10-13 |
| liscust3.com | 64.50.173.146 | northeastern oregon alliance with 2 domains | moliiconstr@harpeia-alliance.org with 5 domains | NETWORK SOLUTIONS, LLC | 2004-04-14 |
| riverkiddocumentary.com | 64.50.173.207 | private registrant with 65,862,839 domains | d47kgl9hcl3sqf@networksolutionsprivateregistration.com with 2 domains | NETWORK SOLUTIONS, LLC | 2018-02-14 |
| mexico925.com | 64.50.173.241 | private registrant with 65,862,839 domains | qx9and47tzyr@networksolutionsprivateregistration.com with 1 domain | GODADDY.COM, LLC | 2001-02-17 |
| cateastcarcontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| nepalfc.org | 64.50.173.146 | private registrant with 65,862,839 domains | registraw-abzz@z-logic.com with 1 domain | GODADDY.COM, LLC | 2016-02-23 |
| phenhelp.com | 64.50.173.114 | private registrant with 65,862,839 domains | phenhelp.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2008-07-29 |
| rismufahfuck.com | 64.50.173.106 | private registrant with 65,862,839 domains | e73fm8uuf9v@networksolutionsprivateregistration.com with 7,959 domains | NETWORK SOLUTIONS, LLC | 2000-08-04 |
| igroa.org | 64.50.173.140 | maasama cardia with 9 domains | massimocardi@arpages.com with 73,071 domains | TUCOWS INC. | 2008-12-21 |
| northcarolinateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | hostmaster@lunarpages.com with 73,071 domains | DNC Holdings, Inc. | 2016-12-16 |
| zangerministudies.org | 64.50.173.140 | maasama cardia with 9 domains | hostmaster@lunarpages.com with 73,071 domains | TUCOWS, Inc. | 2005-12-18 |
| securityresources.org | 64.50.173.18 | js slemmer with 405 domains | jbat123@bellsouth.net with 392 domains | DNC Holdings, Inc. | 2004-08-23 |
| lesvivious.com | 64.50.173.18 | private registrant with 65,862,839 domains | support@mydomain-inc.com with 555,768 domains | DOMAIN.COM, LLC | 2014-05-12 |
| virginiateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| virtualmed.com | 64.50.173.65 | | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2014-03-16 |
| luvegawovenlandsknows.com | 64.50.173.130 | private registrant with 65,862,839 domains | luvegawovenlandsknows.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2010-10-27 |
| caseymdoomail.com | 64.50.173.106 | data protected data protected with 1 domain | qm58m4yv3ar@networksolutionsprivateregistration.com with 1 domain | NETWORK SOLUTIONS, LLC | 2017-02-02 |
| virtualmd.com | 64.50.173.65 | | nonly4d@data protected.net with 10 domains | DNC Holdings, Inc. | 1996-12-22 |
| louisianateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2015-12-16 |
| bespkce.com | 64.50.173.16 | private registrant with 65,862,839 domains | bespkce.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-05-23 |
| idahoteachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| localmontanaorg.org | 64.50.173.18 | js slemmer with 405 domains | registriations@banvio.com with 216 domains | GODADDY.COM, LLC | 2010-10-11 |
| goingtodelishoutingtraffic.org | 64.50.173.18 | js slemmer with 405 domains | jbat123@bellsouth.net with 392 domains | GODADDY.COM, LLC | 2008-09-06 |
| houstonalaticores.com | 64.50.173.18 | weinxus zhou with 267 domains | support@domain-inc.net with 614,375 domains | DOMAIN.COM, LLC | 2011-06-09 |
| northeasternp.net | 64.50.173.146 | private registrant with 65,862,839 domains | registrar-abuse@google.com with 2,286,841 domains | GOOGLE INC. | 2014-05-12 |
| separia.com | 64.50.173.18 | business marketing with 13 domains | otcelow.com@domainsbyproxy.com with 216 domains | GODADDY.COM, LLC | 2014-11-11 |
| pdfx.com | 64.50.173.130 | data protected data protected with 1 domain | support@mydomain-inc.net with 555,768 domains | GODADDY.COM, LLC | 2006-01-15 |
| provalen.us | 64.50.173.114 | john mccillip with 69 domains | jdmccillip@hotmail.com with 10 domains | GODADDY.COM, INC. | 2005-10-19 |
| funfactoryfcars.org | 64.50.173.18 | js slemmer with 405 domains | jbat123@bellsouth.net with 392 domains | GODADDY.COM, LLC | 2012-04-18 |
| localhoneyresource.org | 64.50.173.18 | private registrant with 65,862,839 domains | registriations@banvio.com with 216 domains | GODADDY.COM, LLC | 2009-02-24 |
| sexyspawnadgun.com | 64.50.173.239 | ashley wiley with 32 domains | saned_4751_ashley@yahoo.com with 1 domain | DNC Holdings, Inc. | 2011-02-17 |
| airpartshop.com | 64.50.173.65 | peyton foots with 31 domains | peytonfoots@gmail.com with 24 domains | GODADDY.COM, LLC | 2012-09-19 |
| pacifichcnorthbankingtty.com | 64.50.173.332 | private registrant with 65,862,839 domains | pacifichcnorthbankingtty.com@domainsbyproxy.com with 1 domain | WILD WEST DOMAINS, LLC | 2011-10-26 |
| constmaritopnetlocal.org | 64.50.173.124 | private registrant with 65,862,839 domains | registriations@banvio.com with 216 domains | GODADDY.COM, LLC | 2009-02-08 |
| becomesawoman.com | 64.50.173.18 | private registrant with 65,862,839 domains | becomesawoman.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-01-24 |
| hollywoodblackbook.com | 64.50.173.114 | private registrant with 65,862,839 domains | blackbook.com@domainsbyproxy.com with 1 domain | NETWORK SOLUTIONS, LLC | 2004-06-04 |
| nuderspa.com | 64.50.173.110 | tony curtis with 128 domains | nuderspa.com@domainsbyproxy.com with 24 domains | GODADDY.COM, LLC | 2005-11-04 |
| ilvex.com | 64.50.173.232 | berivida, llc with 26 domains | kevin.corrigan@berivida.com with 1 domain | GODADDY.COM, LLC | 2011-02-17 |
| northdakotateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| tennesseeteachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualdoc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| hotsportsforlunch.com | 64.50.173.18 | private registrant with 65,862,839 domains | hotsportsforlunch.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2006-01-24 |
| nick-styllo.com | 64.50.173.174 | private registrant with 65,862,839 domains | nick-styllo.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2006-12-22 |
| duaneacherman.com | 64.50.173.18 | john slemmer with 227 domains | duaneacherman.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2004-12-22 |
| martasucks.com | 64.50.173.65 | john slemmer with 227 domains | martasucks.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2005-02-19 |
| patrioxit.org | 64.50.173.18 | john slemmer with 227 domains | registriations@banvio.com with 216 domains | GODADDY.COM, LLC | 2004-06-16 |
| pickvercrownchristmastree.co.uk | 64.50.173.110 | private registrant with 65,862,839 domains | | GoDaddy.com, LLP. | |
| winerytrousandnhhp.org | 64.50.173.174 | private registrant with 65,862,839 domains | qgxf44fj98fu@bellsouth.net with 392 domains | Network Solutions, LLC | 1997-03-27 |
| naicdinc.org | 64.50.173.174 | private registrant with 65,862,839 domains | goddeslojana.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2006-11-30 |
| resourcefarmers.org | 64.50.173.18 | js slemmer with 405 domains | jbat123@bellsouth.net with 392 domains | GODADDY.COM, LLC | 2006-01-24 |
| wheelsdewdewdews.org | 64.50.173.18 | js slemmer with 405 domains | jbat123@bellsouth.net with 392 domains | GODADDY.COM, LLC | 2018-02-16 |
| pickyoucrownchristmastree.com | 64.50.173.18 | private registrant with 65,862,839 domains | registriations@banvio.com with 216 domains | GODADDY.COM, LLC | 2005-11-30 |
| goddeslojana.com | 64.50.173.26 | private registrant with 65,862,839 domains | | | 2014-06-26 |

| Domain | IP | Registrant | Email | Registrar | Date |
|---|---|---|---|---|---|
| californialeaderscontinuingeducation.com | 64.50.173.65 | tony curtle with 128 domains | tony_curtle@virtualedsc.com with 31 domains | DNC Holdings, Inc. | 2007-08-22 |
| sgps-labs.net | 64.50.173.140 | maxisme cardño with 5 domains | hostmaster@fluxurapages.com with 73,071 domains | TUCOWS DOMAINS INC. | 2013-06-30 |
| homeferierissaxecrazysalzuahvespouse.org | 64.50.173.118 | jb slemmer with 405 domains | jbati123@jbellsouth.net with 392 domains | GODADDY.COM, LLC | 2016-04-26 |
| westvirginiateachercontinuingeducation.com | 64.50.173.65 | tony curtle with 128 domains | tony_curtle@virtualedsc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| aiparts51.com | 64.50.173.110 | peyton fouts with 31 domains | peytonfouts@gmail.com with 24 domains | WILD WEST DOMAINS, LLC | 2012-09-19 |
| farmassociations.org | 64.50.173.18 | jb slemmer with 405 domains | jbati123@jbellsouth.net with 392 domains | GODADDY.COM, LLC | 2017-03-01 |
| teacherinstatement.com | 64.50.173.65 | tony curtle with 128 domains | hostmaster@fluxurapages.com with 73,071 domains | TUCOWS DOMAINS INC. | 2017-04-24 |
| the-best-weight-loss-pill.com | 64.50.173.114 | private registrant with 65,862,839 domains | the-best-weight-loss-pill.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-07-01 |
| pickyourownflowers.org | 64.50.173.18 | jb slemmer with 405 domains | jbati123@jbellsouth.net with 392 domains | GODADDY.COM, LLC | 2008-05-24 |
| 7arbne.com | 64.50.173.226 | huajang liu with 1 domain | domainalban@ticigicloud.com with 1,028,514 domains | CSC CORPORATE DOMAINS, INC. | 2011-06-26 |
| 51globalshop.com | 64.50.173.110 | peyton fouts with 31 domains | peytonfouts@gmail.com with 24 domains | WILD WEST DOMAINS, LLC | 2012-09-19 |
| edward@knight.com | 64.50.173.115 | private registrant with 65,862,839 domains | edward@knight.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2017-07-06 |
| localfirmmarkets.com | 64.50.173.16 | private registrant with 65,862,839 domains | localfirmmarkets.org@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2005-04-28 |
| iips-athem.org | 64.50.173.65 | jeanette nash with 3 domains | hostmaster@lunurapages.com with 73,071 domains | TUCOWS INC. | 2012-04-04 |
| teachercontinuingeducation.com | 64.50.173.110 | private registrant with 65,862,839 domains | teacherspdudecaxideteledevelopment.net@domainsavali.ra with 1 domain | DNC Holdings, Inc. | 2016-12-16 |
| vee-courses.com | 64.50.173.65 | jeanette nash with 3 domains | eqbee@virtualedsc.com with 1 domain | GODADDY.COM, LLC | 2006-11-09 |
| teachersprofessionaldevelopment.net | 64.50.173.65 | private registrant with 65,862,839 domains | jbati123@bellsouth.net with 392 domains | GODADDY.COM, LLC | 2004-07-07 |
| fitnessandhealthinsurance.org | 64.50.173.18 | jb slemmer with 405 domains | finderchkexprickywith7@yahoo.com with 31 domains | GODADDY.COM, LLC | 2012-01-05 |
| flyinerbyblog.com | 64.50.173.65 | pluto marketing with 1 domain | timeshareflghter.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2012-01-05 |
| timeshareflghter.com | 64.50.173.124 | private registrant with 1 domain | timeshareflghter.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2011-09-14 |
| partypromwholic.com | 64.50.173.219 | texas internet associates with 1 domain | johnathan@dynaminetworks.com with 3 domains | GODADDY.COM, LLC | 2011-09-14 |
| floridateacherscontinuingeducation.com | 64.50.173.65 | tony curtle with 128 domains | tony_curtle@virtualedsc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| angeloenthausitar.com | 64.50.173.232 | private registrant with 267 domains | phen375officialblog.com@domainsbyproxy.com with 1 domain | DOMAIN.COM, LLC | 2013-10-31 |
| zombieherareyou.org | 64.50.173.18 | jb slemmer with 405 domains | crystalx2love@yahoo.com with 5 domains | GODADDY.COM, LLC | 2007-10-27 |
| czmajexe.com | 64.50.173.118 | private registrant with 65,862,839 domains | czmajexe@czmfiles.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-05-09 |
| focuslit.org | 64.50.173.227 | melody francisco with 1 domain | support@domain-inc.net with 614,375 domains | GODADDY.COM, LLC | 2009-03-06 |
| adamjklemmer.com | 64.50.173.65 | northeastern pennsylvania alliance.org with 2 domains | rhinestonedepot@gmail.com with 1 domain | GODADDY.COM, LLC | 2005-09-09 |
| gingerzdeeps.com | 64.50.173.65 | john slemmer with 227 domains | registrations@herivia.com with 215 domains | GODADDY.COM, LLC | 2016-12-16 |
| boogafa.com | 64.50.173.18 | jb slemmer with 405 domains | phil@abzooks.com with 11 domains | GODADDY.COM, LLC | 2012-06-27 |
| real-estate-source.org | 64.50.173.114 | jb slemmer with 405 domains | jbati123@jbellsouth.net with 392 domains | GODADDY.COM, LLC | 2006-03-21 |
| formfeedandbreakfasts.org | 64.50.173.110 | private registrant with 65,862,839 domains | wildsduabo@networksolutionsprivateregistration.com with 1 domain | NETWORK SOLUTIONS, LLC | 2014-05-23 |
| teacherscontinuingeducationits.com | 64.50.173.18 | john slemmer with 227 domains | registrations@herivia.com with 215 domains | GODADDY.COM, LLC | 2008-07-29 |
| part455.com | 64.50.173.114 | tony curtle with 128 domains | tony_curtle@virtualedsc.com with 31 domains | GODADDY.COM, LLC | 2012-09-19 |
| ridgloball.com | 64.50.173.232 | peyton fouts with 31 domains | peytonfouts@gmail.com with 24 domains | GODADDY.COM, LLC | 2005-01-24 |
| georgiateacherscontinuingeducation.com | 64.50.173.65 | tony curtle with 128 domains | support@domain-inc.net with 614,375 domains | GODADDY.COM, LLC | 2014-01-16 |
| phen375officialblog.com | 64.50.173.232 | pluto marketing with 1 domain | phen375officialblog.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2007-10-27 |
| crystalx2love.com | 64.50.173.65 | zailataisnza with 6 domains | crystalx2love@yahoo.com with 5 domains | GODADDY.COM, LLC | 2016-04-26 |
| locaxmillennestegg.org | 64.50.173.18 | private registrant with 65,862,839 domains | swertbrukit.org@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-05-08 |
| rhinectonedepot.com | 64.50.173.227 | john slemmer with 227 domains | registrations@herivia.com with 215 domains | GODADDY.COM, LLC | 2009-03-06 |
| czmfiles.com | 64.50.173.65 | zailman siesta with 6 domains | rhinestonedepot@gmail.com with 1 domain | GODADDY.COM, LLC | 2005-09-09 |
| missouriteachercontinuingeducation.com | 64.50.173.140 | tony curtle with 128 domains | tony_curtle@virtualedsc.com with 31 domains | TUCOWS DOMAINS INC. | 2012-01-16 |
| tigneateener.com | 64.50.173.65 | private registrant with 65,862,839 domains | tigneateener.com@domainsbyproxy.com with 1 domain | DNC Holdings, Inc. | 2016-12-16 |
| inps-nyc.org | 64.50.173.110 | maxisme cardño c/o lunarapages with 2 domains | hostmaster@lunurapages.com with 73,071 domains | TUCOWS INC. | 2012-09-19 |
| aiparts51.com | 64.50.173.65 | peyton fouts with 31 domains | peytonfouts@gmail.com with 24 domains | WILD WEST DOMAINS, LLC | 2012-09-19 |
| 51aleft.com | 64.50.173.18 | peyton fouts with 31 domains | peytonfouts@gmail.com with 24 domains | WILD WEST DOMAINS, LLC | 2012-09-19 |
| theorganicconsumer.org | 64.50.173.114 | administrator dgh s.a with 40 domains | johnobeno076@gmail.com with 93 domains | GODADDY.COM, LLC | 2013-05-28 |
| market-scope.com | 64.50.173.118 | private registrant with 1 domain | claveharmoni@market-scope.com with 7 domains | NETWORK SOLUTIONS, LLC | 2001-10-16 |
| minnesotateacherscontinuingeducation.com | 64.50.173.65 | leo. zella training network with 5 domains | tiny@jinainfo.net with 308 domains | GODADDY.COM, LLC | 2002-07-17 |
| jobsresaresources.org | 64.50.173.146 | tony curtle with 128 domains | iamz_ekeni@virtualedsc.com with 31 domains | DNC Holdings, Inc. | 2007-08-22 |
| vesi-newsletter.com | 64.50.173.154 | private registrant with 65,862,839 domains | jbati123@jbellsouth.net with 392 domains | GODADDY.COM, LLC | 2016-04-14 |
| supportstelpharma.org | 64.50.173.140 | weixuan zhou with 267 domains | registar-abuse@google.com with 2,286,861 domains | GOOGLE INC. | 2007-04-03 |
| phenlosc.com | 64.50.173.65 | tony curtle with 128 domains | phenlosc.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2008-07-29 |
| endocarsur.net | 64.50.173.18 | weixuan zhou with 267 domains | no-reply@folloxadexlionsdirect.com with 435,286 domains | GODADDY.COM, LLC | 2015-09-01 |
| iipcoffe.net | 64.50.173.18 | maxisme cardño with 6 domains | hostmaster@lunurapages.com with 73,071 domains | TUCOWS DOMAINS INC. | 2012-12-10 |
| missouriefornviwobites.com | 64.50.173.70 | private registrant with 65,862,839 domains | jbati123@jbellsouth.net with 392 domains | GODADDY.COM, LLC | 2005-01-16 |
| independentoilnrealstar.com | 64.50.173.65 | jb slemmer with 127 domains | rhlecatchexjames.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2005-09-16 |
| funfactoryorunz.com | 64.50.173.219 | private registrant with 65,862,839 domains | domains@jbslemmer.com with 73 domains | GODADDY.COM, LLC | 2005-09-16 |
| reepsaleinstallation.com | 64.50.173.18 | private registrant with 10 domains | funfactoryorunz.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2018-06-12 |
| pacificdata.systems | 64.50.173.219 | willis media with 124 domains | helpdesk@biddiflac.com with 90 domains | GODADDY.COM, LLC | 2016-04-29 |

| Domain | IP | Registrant | Contact | Registrar | Date |
|---|---|---|---|---|---|
| rdarticles.com | 64.50.173.114 | private registrant with 65,862,839 domains | rdarticles.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2011-05-06 |
| nebraskateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| mississippiteacherscontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2007-09-22 |
| histradio.net | 64.50.173.70 | trey cooper with 267 domains | trey.cooper@hisradio.net with 1 domain | GODADDY.COM, LLC | 1999-01-30 |
| bailuntebroom.com | 64.50.173.26 | private registrant with 65,862,839 domains | bailuntebroom.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2004-09-27 |
| nickoclean.com | 64.50.173.36 | private registrant with 65,862,839 domains | nickoclean.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2003-10-06 |
| horsecellsandcenter.org | 64.50.173.18 | john slemmer with 227 domains | registration@benivia.com with 216 domains | GODADDY.COM, LLC | 2006-11-30 |
| phen375.co.uk | 64.50.173.114 | private registrant with 65,862,839 domains | benplace.net@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-05-23 |
| benplace.net | 64.50.173.16 | tony curtis with 128 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| massachusettsteachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | peytonfoutz@gmail.com with 31 domains | GODADDY.COM, LLC | 2014-03-12 |
| stencrut.com | 64.50.173.110 | peyton foutz with 31 domains | peytonfoutz@gmail.com with 24 domains | GODADDY.COM, LLC | 2009-01-19 |
| a2build.com | 64.50.173.110 | sheraan murphy with 4 domains | info@prosperait.com with 52 domains | GODADDY.COM, LLC | 2012-09-24 |
| sirf430.org | 64.50.173.146 | private registrant with 65,862,839 domains | registrar-abuse@google.com with 2,286,841 domains | GOOGLE INC. | 2010-12-30 |
| commentadoreshere.org | 64.50.173.18 | john slemmer with 227 domains | registration@benivia.com with 216 domains | GODADDY.COM, LLC | 2011-01-15 |
| nevadainterstateadvertising.com | 64.50.173.124 | select contact domain holder link at https with 1 domain | newadsandretailadvertising.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2013-10-11 |
| angelhentaltablet.com | 64.50.173.108 | welsuan zhou with 267 domains | support@domain-inc.net with 614,375 domains | DOMAIN.COM, LLC | 2009-02-25 |
| eu3uopro.com | 64.50.173.11D | peyton foutz with 31 domains | hostmaster@lunapages.com with 73,071 domains | TUCOWS DOMAINS INC. | |
| localfarmshop.org.uk | 64.50.173.18 | | registration@benivia.com with 216 domains | GODADDY.COM, LLC | 2009-09-16 |
| commonasienwilharpties.org | 64.50.173.18 | private registrant with 65,862,839 domains | jbolemmer.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2001-08-29 |
| jiolemmer.com | 64.50.173.18 | private registrant with 65,862,839 domains | helpdesk@ixiadallas.com with 90 domains | GODADDY.COM, INC. | 2016-07-08 |
| amouseimentparktides.us | 64.50.173.229 | ashley riley with 32 domains | jbati228@birdcoach.net with 392 domains | GODADDY.COM, LLC | 2013-00-07 |
| stparfinisaxytacilities.org | 64.50.173.18 | jb slemmer with 400 domains | pitcharmovie.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2012-05-09 |
| pitcharmovie.com | 64.50.173.138 | private registrant with 65,862,839 domains | | | |
| freedecorahpublishing.com | 64.50.173.16 | | footfetishsanctuary.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2008-06-27 |
| footfetishsanctuary.com | 64.50.173.26 | private registrant with 65,862,839 domains | registration@benivia.com with 216 domains | GODADDY.COM, LLC | 2016-07-09 |
| mapleysuppharms.org | 64.50.173.14 | john slemmer with 227 domains | bestreecornsealandsade.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-02-05 |
| bestreecornsealandsade.com | 64.50.173.18 | private registrant with 65,862,839 domains | peytonfoutz@gmail.com with 24 domains | WILD WEST DOMAINS, LLC | 2012-09-19 |
| 51Highshop.com | 64.50.173.110 | peyton foutz with 31 domains | | GODADDY.COM, LLC | 2018-05-23 |
| landmarkboylhevilvers.com | 64.50.173.11D | | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| marylandteachercontinuingeducation.com | 64.50.173.18 | tony curtis with 128 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| pennsylvaniateachercontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | dvpermittal@gmail.com with 41,058 domains | DNC Holdings, Inc. | 2007-09-22 |
| teacherprofessionallearningunits.com | 64.50.173.229 | dvipmnit marketing, inc. with 40,835 domains | fous83@hotmail.com with 6 domains | GODADDY.COM, LLC | 2017-10-29 |
| filtorsanywhere.com | 64.50.173.241 | matthew lka walk 404 domains | brozodiac.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2010-03-15 |
| brozodiac.com | 64.50.173.65 | private registrant with 65,862,839 domains | jbati228@birdcoach.net with 392 domains | GODADDY.COM, LLC | 2016-04-27 |
| rickreggabitamsiteocerve-evets.org | 64.50.173.65 | jb slemmer with 400 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| wixyoushteachuncontinuingeducation.org | 64.50.173.114 | tony curtis with 128 domains | phenvpharm.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2008-07-29 |
| phenvpharm.com | 64.50.173.107 | private registrant with 65,862,839 domains | d29u8hx853u@networksolutionsprivateregistration.com with 2 domains | NETWORK SOLUTIONS, LLC | 2018-00-14 |
| riverkidsfilm.com | 64.50.173.26 | private registrant with 65,862,839 domains | femdomvideosi.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2007-03-24 |
| femdomvideosi.com | 64.50.173.18 | private registrant with 65,862,839 domains | registration@benivia.com with 216 domains | GODADDY.COM, LLC | 2009-03-31 |
| consumergoldstoreadsvrgeneyonline.org | 64.50.173.110 | john slemmer with 227 domains | | GoDaddy.com, LLP | 2009-04-21 |
| pickyourowntfarms.org.uk | 64.50.173.241 | | domains@mygodomains.com with 3,740,877 domains | DOMAINCREEK LLC | 2018-07-21 |
| croustlovguames.com | 64.50.173.110 | hagedomakins.com with 731,135 domains | sergey1313@gmail.com with 5,774 domains | GODADDY.COM, LLC | 2018-01-25 |
| proseedesign.com | 64.50.173.229 | sergey khromov with 5,781 domains | | GODADDY.COM, LLC | 2018-06-18 |
| haythemalabraham.com | 64.50.173.241 | tony curtis with 128 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2007-08-22 |
| obnitazkhteacontinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |
| newhampshireteachercontinuingeducation.com | 64.50.173.65 | private registrant with 65,862,839 domains | thinkhudreonics.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2010-09-03 |
| thinkhudreonics.com | 64.50.173.18 | benivia, llc with 25 domains | registration@benivia.com with 216 domains | GODADDY.COM, LLC | 2015-07-10 |
| localfarmarkets.co.uk | 64.50.173.110 | | GoDaddy.com, LLP | 2005-04-28 |
| amphoonsprogram.com | 64.50.173.110 | private registrant with 65,862,839 domains | registrar-abuse@google.com with 2,286,841 domains | GODADDY.COM, LLC | 2018-06-12 |
| nep-alliance.org | 64.50.173.146 | | | DOMAINCREEK INC. | 2015-00-03 |
| teevujeldteachaptinuingeducation.com | 64.50.173.65 | tony curtis with 128 domains | tony_curtis@virtualeluc.com with 31 domains | DNC Holdings, Inc. | 2016-12-16 |