| Domain | IP | Registrant | Email | Registrar | Create Date |
|---|---|---|---|---|---|
| tsrsonline.com | 64.50.173.124 | pluto marketing with 1 domain | tsrsonline.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2010-03-15 |
| nevadanationaladvertising.com | 64.50.173.124 | select contact domain holder link at https with 1 domain | nevadanationaladvertising.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2011-02-15 |
| pacificmonarchbankruptcy.com | 64.50.173.124 | private registrant with 65,862,839 domains | pacificmonarchbankruptcy.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2011-10-26 |
| dumpyourtimesharenow.com | 64.50.173.124 | pluto marketing with 1 domain | dumpyourtimesharenow.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2010-08-25 |
| timesharefighter.com | 64.50.173.124 | pluto marketing with 1 domain | timesharefighter.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2012-01-05 |
| bestresortrentalandsale.com | 64.50.173.124 | private registrant with 65,862,839 domains | bestresortrentalandsale.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2009-02-05 |
| tigerautoec.com | 64.50.173.124 | private registrant with 65,862,839 domains | tigerautoec.com@domainsbyproxy.com with 1 domain | GODADDY.COM, LLC | 2012-01-09 |



EXHIBIT 11