

## Search the WHOIS Database

Enter a domain name to search

Private Registration    Local listings

# WHOIS search results

Domain Name: tsrsonline.com
Registry Domain ID: 1588898240_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-03-16T18:13:32Z
Creation Date: 2010-03-15T20:03:18Z
Registrar Registration Expiration Date: 2019-03-15T20:03:18Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Pluto Marketing
Registrant Organization: Pluto Marketing
Registrant Street: 7065 West Ann Rd
Registrant Street: Suite 130-165
Registrant City: Las Vegas
Registrant State/Province: NV
Registrant Postal Code: 89130
Registrant Country: US
Registrant Phone: +1.8001234567
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: sschwarz@lveas.com
Registry Admin ID: Not Available From Registry
Admin Name: Pluto Marketing
Admin Organization: Pluto Marketing
Admin Street: 7065 West Ann Rd
Admin Street: Suite 130-165
Admin City: Las Vegas
Admin State/Province: NV
Admin Postal Code: 89130
Admin Country: US
Admin Phone: +1.8001234567
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: sschwarz@lveas.com
Registry Tech ID: Not Available From Registry
Tech Name: Pluto Marketing
Tech Organization: Pluto Marketing
Tech Street: 7065 West Ann Rd
Tech Street: Suite 130-165
Tech City: Las Vegas
Tech State/Province: NV
Tech Postal Code: 89130
Tech Country: US
Tech Phone: +1.8001234567
Tech Phone Ext:



EXHIBIT 12



```
Tech Fax:
Tech Fax Ext:
Tech Email: sschwarz@lveas.com
Name Server: NS1.TSRSONLINE.COM
Name Server: NS2.TSRSONLINE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-09-14T19:00:00Z <<<


For more information on Whois status codes, please visit https://www.icann.org
/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

### Want to buy this domain?

Get it with our Domain Buy Service.



### Is this your domain?

Add hosting, email and more.



### Need help? Call our award-winning support team 24/7 at
### 1-866-938-1119

| About GoDaddy | Support | Resources | Partner Programs | Account |
|---|---|---|---|---|
| About Us | Product Support | Webmail | Affiliates | My Account |
| Contact Us | Community | WHOIS | Reseller Programs | My Renewals |
| Newsroom | Report Abuse | ICANN Confirmation | | Create Account |
| Investor | | | | Shopping |



| Relations | Tools for Pros | GoDaddy Pro | Domains |
| Careers | Redeem Code | | Websites |
| GoDaddy Store | Product Catalog | | WordPress |
| Legal | Site Map | | Hosting |
| GoDaddy Blog | | | Web Security |
| | | | Online Marketing |
| | | | Email & Office |
| | | | Promotions |

Canada - English ▲   USD ▲           Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal   Privacy Policy   Advertising Preferences   Cookies  Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.





Search the WHOIS Database

Enter a domain name to search

Search

Private Registration    Local listings

# WHOIS search results

Domain Name: dumpyourtimesharenow.com
Registry Domain ID: 1612792822_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-08-17T23:07:58Z
Creation Date: 2010-08-25T21:02:29Z
Registrar Registration Expiration Date: 2019-08-25T21:02:29Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Pluto Marketing
Registrant Organization: Pluto Marketing
Registrant Street: 7065 West Ann Rd
Registrant Street: Suite 130-165
Registrant City: Las Vegas
Registrant State/Province: NV
Registrant Postal Code: 89130
Registrant Country: US
Registrant Phone: +1.8001234567
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: sschwarz@lveas.com
Registry Admin ID: Not Available From Registry
Admin Name: Pluto Marketing
Admin Organization: Pluto Marketing
Admin Street: 7065 West Ann Rd
Admin Street: Suite 130-165
Admin City: Las Vegas
Admin State/Province: NV
Admin Postal Code: 89130
Admin Country: US
Admin Phone: +1.8001234567
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: sschwarz@lveas.com
Registry Tech ID: Not Available From Registry
Tech Name: Pluto Marketing
Tech Organization: Pluto Marketing
Tech Street: 7065 West Ann Rd
Tech Street: Suite 130-165
Tech City: Las Vegas
Tech State/Province: NV
Tech Postal Code: 89130
Tech Country: US
Tech Phone: +1.8001234567
Tech Phone Ext:



```
Tech Fax:
Tech Fax Ext:
Tech Email: sschwarz@iveas.com
Name Server: NS1.DUMPYOURTIMESHARENOW.COM
Name Server: NS2.DUMPYOURTIMESHARENOW.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-09-14T19:00:00Z <<<
```

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's Whois database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" section. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

### Want to buy this domain?

Get it with our Domain Buy Service.

[ Go ]

### Is this your domain?

Add hosting, email and more.

[ Go ]

**Need help? Call our award-winning support team 24/7 at 1-866-938-1119**

| About GoDaddy | Support | Resources | Partner Programs | Account |
|---|---|---|---|---|
| About Us | Product Support | Webmail | | My Account |
| Contact Us | Community | WHOIS | Affiliates | My Renewals |
| Newsroom | Report Abuse | ICANN Confirmation | Reseller Programs | Create Account |
| Investor | | | | Shopping |



| Relations | Tools for Pros | GoDaddy Pro | Domains |
|---|---|---|---|
| Careers | Redeem Code | | Websites |
| GoDaddy Store | Product Catalog | | WordPress |
| Legal | Site Map | | Hosting |
| GoDaddy Blog | | | Web Security |
| | | | Online Marketing |
| | | | Email & Office |
| | | | Promotions |

Canada - English ▲   USD ▲          Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal  Privacy Policy  Advertising Preferences  Cookies  Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



Search the WHOIS Database

Enter a domain name to search

Private Registration    Local listings

# WHOIS search results

Domain Name: timesharefighter.com
Registry Domain ID: 1695556515_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-08-09T19:59:58Z
Creation Date: 2012-01-05T19:32:56Z
Registrar Registration Expiration Date: 2019-01-05T19:32:56Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Pluto Marketing
Registrant Organization: Pluto Marketing
Registrant Street: 7065 West Ann Rd
Registrant Street: Suite 130-165
Registrant City: Las Vegas
Registrant State/Province: NV
Registrant Postal Code: 89130
Registrant Country: US
Registrant Phone: +1.8001234567
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: sschwarz@lveas.com
Registry Admin ID: Not Available From Registry
Admin Name: Pluto Marketing
Admin Organization: Pluto Marketing
Admin Street: 7065 West Ann Rd
Admin Street: Suite 130-165
Admin City: Las Vegas
Admin State/Province: NV
Admin Postal Code: 89130
Admin Country: US
Admin Phone: +1.8001234567
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: sschwarz@lveas.com
Registry Tech ID: Not Available From Registry
Tech Name: Pluto Marketing
Tech Organization: Pluto Marketing
Tech Street: 7065 West Ann Rd
Tech Street: Suite 130-165
Tech City: Las Vegas
Tech State/Province: NV
Tech Postal Code: 89130
Tech Country: US
Tech Phone: +1.8001234567
Tech Phone Ext:

```
Tech Fax:
Tech Fax Ext:
Tech Email: sschwarz@lveas.com
Name Server: NS1.TIMESHAREFIGHTER.COM
Name Server: NS2.TIMESHAREFIGHTER.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-09-14T19:00:00Z <<<
```

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" section. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

See Underlying Registry Data  |  Contact Domain Holder  |  Report Invalid Whois

### Want to buy this domain?

Get it with our Domain Buy Service.

 Go

### Is this your domain?

Add hosting, email and more.

 Go

**Need help? Call our award-winning support team 24/7 at 1-866-938-1119**

| About GoDaddy | Support | Resources | Partner Programs | Account |
| --- | --- | --- | --- | --- |
| About Us | Product Support | Webmail | Affiliates | My Account |
| Contact Us | Community | WHOIS | Reseller Programs | My Renewals |
| Newsroom | Report Abuse | ICANN Confirmation | | Create Account |
| Investor | | | | Shopping |



| Relations | Tools for Pros | GoDaddy Pro | Domains |
|---|---|---|---|
| Careers | Redeem Code | | Websites |
| GoDaddy Store | Product Catalog | | WordPress |
| Legal | Site Map | | Hosting |
| GoDaddy Blog | | | Web Security |
| | | | Online Marketing |
| | | | Email & Office |
| | | | Promotions |

Canada - English ▲   USD ▲          Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal   Privacy Policy   Advertising Preferences   Cookies   Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



Search the WHOIS Database
Enter a domain name to search            Search
Private Registration    Local listings

# WHOIS search results

Domain Name: timeshareforadollar.com
Registry Domain ID: 2040362710_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-08-09T19:59:58Z
Creation Date: 2016-07-05T22:48:16Z
Registrar Registration Expiration Date: 2019-07-05T22:48:16Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org
/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org
/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org
/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org
/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Pluto Marketing
Registrant Organization: Pluto Marketing
Registrant Street: 7065 West Ann Rd
Registrant Street: Suite 130-165
Registrant City: Las Vegas
Registrant State/Province: NV
Registrant Postal Code: 89130
Registrant Country: US
Registrant Phone: +1.8001234567
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: sschwarz@lveas.com
Registry Admin ID: Not Available From Registry
Admin Name: Pluto Marketing
Admin Organization: Pluto Marketing
Admin Street: 7065 West Ann Rd
Admin Street: Suite 130-165
Admin City: Las Vegas
Admin State/Province: NV
Admin Postal Code: 89130
Admin Country: US
Admin Phone: +1.8001234567
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: sschwarz@lveas.com
Registry Tech ID: Not Available From Registry
Tech Name: Pluto Marketing
Tech Organization: Pluto Marketing
Tech Street: 7065 West Ann Rd
Tech Street: Suite 130-165
Tech City: Las Vegas
Tech State/Province: NV
Tech Postal Code: 89130
Tech Country: US
Tech Phone: +1.8001234567
Tech Phone Ext:

```
Tech Fax:
Tech Fax Ext:
Tech Email: sschwarz@lveas.com
Name Server: NS.WEBAIR.NET
Name Server: NS2.WEBAIR.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-09-14T19:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org
/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior
written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

See Underlying Registry Data  |  Contact Domain Holder  |  Report Invalid Whois

### Want to buy this domain?

Get it with our Domain Buy Service.



### Is this your domain?

Add hosting, email and more.



### Need help? Call our award-winning support team 24/7 at
### 1-866-938-1119

| About GoDaddy | Support | Resources | Partner Programs | Account |
|---|---|---|---|---|
| About Us | Product Support | Webmail | | My Account |
| Contact Us | Community | WHOIS | Affiliates | My Renewals |
| Newsroom | Report Abuse | ICANN Confirmation | Reseller Programs | Create Account |
| Investor | | | | Shopping |

| Relations | Tools for Pros | GoDaddy Pro | Domains |
| --- | --- | --- | --- |
| Careers | Redeem Code | | Websites |
| GoDaddy Store | Product Catalog | | WordPress |
| Legal | Site Map | | Hosting |
| GoDaddy Blog | | | Web Security |
| | | | Online Marketing |
| | | | Email & Office |
| | | | Promotions |

🌐 Canada - English ▲   USD ▲            Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal  Privacy Policy  Advertising Preferences  Cookies  Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.