≡  

**LiveCareer**
(https://www.livecareer.com)

📧 For Er
(https://www.mightyrecrui
→ Sign In

RESUMES (HTTPS://WWW.LIVECAREER.COM/RESUME-BUILDER) ›

COVER LETTERS (HTTPS://WWW.LIVECAREER.COM/COVER-LETTER-BUILDER) ›

INTERVIEWS (HTTPS://WWW.LIVECAREER.COM/INTERVIEW/QUESTIONS) ›

JOBS (HTTPS://JOBS.LIVECAREER.COM/SEARCH/INDEX?RS=TRUE) ›

COMPANY (HTTPS://COMPANY.LIVECAREER.COM)

RESOURCES (HTTPS://WWW.LIVECAREER.COM/CAREER/ADVICE) ›

📧 FOR EMPLOYERS (HTTPS://WWW.MIGHTYRECRUITER.COM)

LiveCareer (Https://www.livecareer.com/) › Resume Search (Https://www.livecareer.com/resume-search)
› **Call Center Agent**

Search for resumes by title, location, company and keyword        **SEARCH**

# 1 Planet Media/ Freelance - Call Center Agent Resume Example

Resume Score: 70%

Love this resume?

BUILD YOUR OWN NOW (HTTPS://WWW.LIVECAREER.COM/BUILD-RESUME)

## CALL CENTER AGENT

### PROFESSIONAL SUMMARY

Dedicated Customer Service Representative motivated to maintain customer satisfaction and contribute to company success. Seeking a sales or customer service position where I can be committed to addressing customer concerns with speed, accuracy and professionalism while also being a liaison between the customer and the solution.

### CORE QUALIFICATIONS

- High customer service standards
- Conflict resolution proficiency
- Strong organizational skills
- Call Center Experience

- Strong problem solving ability
- Proficient with Microsoft Office Suite
- Active listening skills
- Sales performer

### EXPERIENCE

**1 PLANET MEDIA/ FREELANCE**
San Diego, CA

**Call Center Agent**                                                                                  04/2015 to 11/2015
- Offer solutions for the cancellation of resort contracts.
- Met company quota and requirements.


EXHIBIT 14

- Coordinate information with attorneys.
- Organized weekly sales reports for the sales department to track product success.
- Developed highly empathetic client relationships and earned reputation for exceeding sales goals.
- Prevented store losses using awareness, attention to detail and integrity.

### ENTERPRISE HOLDINGS
San Diego, CA

**Customer Service Representative**  07/2014 to 03/2015

- Learned aspects of sales, customer service and management of client relationships.
- Continuously learning management techniques, fleet management and basic aspects of supply and demand.
- Reached a high of $11.35 dollars of additional revenue per customer, based on up-selling, and protection product sales.
- Learned a DOS program called RALPH to help quantify performance and recognize fruitful and unfruitful areas of revenue.

### SAN DIEGO CITY COLLEGE
San Diego, CA

**Associated Students Treasurer**  06/2010 to 05/2011

- Coordinated with the executive board to create the most successful annual budget in terms of events completed and charitable events arranged.
- Maintained accurate general ledger of all financial transactions
- Helped run "Transfer Jam" program to help students with their transfer, and application process.

### COGHLAN FIANCIAL GROUP
San Diego, CA

**Financial Summer Intern**  06/2009 to 09/2009

- Called hundreds of potential clients to offer financial services and invite to events
- Organized seminars for prospective clients
- Developed marketing materials
- Assisted during business presentations

### SAN DIEGO DOOR AND WINDOW/NUCOAT
San Diego, CA

**Telemarketer/Customer Service**  05/2007 to 12/2008

- Sold broad range of customized doors and windows to individuals and commercial accounts.
- Managed quality communication, customer support and product representation for each client.
- Interacted with customers and retail buyers to follow-up on shipping statuses and expedited orders.
- Regularly sought opportunities to up sell and add on additional merchandise.

## EDUCATION

**BUSINESS ADMINISTRATION**  May 2011
**San Diego City College**, San Diego, CA
Business Administration

- Phi Theta Kappa
- Honors Program
- AS Treasurer
- Transfer Jam (Application Jam) Program
- TRIO

## COMMUNITY SERVICE LEADERSHIP ACTIVITIES

**San Diego City College**

- Assisted in program to feed the homeless
- Organized musical and cultural events to raise funds
- Voted on policy changes for community colleges in California

BUILD YOUR OWN NOW (HTTPS://WWW.LIVECAREER.COM/BUILD-RESUME)

## Resume Overview

**Companies Worked For:**

1 Planet Media/ Freelance
Enterprise Holdings
(https://company.livecareer.com/company
/enterprise-holdings/resumes)
San Diego City College
(https://company.livecareer.com/company/san-

**School Attended**

San Diego City College

diego-city-college/resumes)
COGHLAN FIANCIAL GROUP
San Diego Door and Window/Nucoat

**Job Titles Held:**

Call Center Agent
Customer Service Representative
Associated Students Treasurer
Financial Summer Intern
Telemarketer/Customer Service

**Degrees**

Business Administration May 2011

**Where can I find a 1 Planet Media/ Freelance Call Center Agent resume example in Spring Valley, California ?**

This is an actual resume example of a Call Center Agent who works in the Business Administration Industry. LiveCareer has 83745 Business Administration resumes in its database. LiveCareer's Resume Directory contains real resumes created by subscribers using LiveCareer's Resume Builder.

Advertisement



## Similar Resumes

View All (/resume-search/search?jt=business administration)



General Manager
Sleep Inn & Suites
Columbia, Kentucky

Team Leader
Shell
Riverside, California



Receptionist/ Title Proc...
Cycle World of Houma
Gray, Louisiana

🕓 Posted 466 days ago          🕓 Posted 1228 days ago          🕓 Posted 1276 days ago

(/resume-search/r/general-manager-101442442ec34d1babf7ff3658355f4ea)    (/resume-search/r/team-leader-c9426303674cdb861fa57e878414b74)    (/resume-search /r/receptionist-title-processor-478dd4b0784a9bad1f7546e8d)

Browse All Resumes (/resume-search/find-resumes)

### Resume Tools

Resume Builder (https://www.livecareer.com/resume-builder)
Resume Tips (https://www.livecareer.com/career/advice/resume)
CV Templates (https://www.livecareer.com/cv)
Resume Directory (https://www.livecareer.com/resume-search)
Resume Samples (https://www.livecareer.com/resumes/samples)

### Cover Letter

Cover Letter Builder (https://www.livecareer.com/cover-letter-builder)
Cover Letter Tips (https://www.livecareer.com/career/advice/cover-letter)
Cover Letter Samples (https://www.livecareer.com/letters)

### Resources

Education Opportunities (https://www.livecareer.com/education-opportunities)

### Mighty Recruiter

Job Sourcing (https://www.mightyrecruiter.com/)
Free Job Posting (https://www.mightyrecruiter.com/free-job-postings/)

### Company

Job Listings (https://jobs.livecareer.com)
Company Directory (https://company.livecareer.com/)

### About

Who We Are (https://www.livecareer.com/about)
Work Here (https://www.bold.com/bold-jobs/)
Affiliates (https://affiliate.livecareer.com/)
Privacy Policy (https://www.livecareer.com/privacy-policy)
Terms of Use (https://www.livecareer.com/terms-of-use)

### Help & Support

Customer Service/Billing (https://www.livecareer.com/customer-service)
Contact Us (https://www.livecareer.com/contact-us)
Frequently Asked Questions

(https://www.livecareer.com/faq)

## Language

English (https://www.livecareer.com/)
English (UK) (https://www.livecareer.co.uk/)

Español (http://www.livecareer.es/)
Français (http://www.livecareer.fr/)

Italiano (http://www.livecareer.it/)
Deutsch (http://www.livecareer.de/)

Nederlands (http://www.livecareer.nl/)
Português (http://www.livecareer.pt/)
Polski (http://www.livecareer.pl/)

## Customer Service

customerservice@livecareer.com (mailto:customerservice@livecareer.com)
800-652-8430 Mon- Fri 8am - 8pm CST
Sat 8am - 5pm CST, Sun 10am - 6pm CST

Stay in touch with us

(//twitter.com/intent/follow?source=followbutton&variant=1.0&screen_name=livecareer)

(//www.facebook.com/LiveCareer)

(//plus.google.com/u/0/b/114659926374501281756/114659926374501281756/posts)

(//www.pinterest.com/livecareer)

© 2018, Bold Limited. All rights reserved.

Powered by BOLD