1750 E Northrop Blvd, Suite 170
Chandler AZ 85286



*#1 Trusted Name in Timeshare Exit...*

www.ngtransfers.com
(888) 205-5426

16589 2 36 1 *******AUTO**5-DIGIT 89115

Dear ▮▮▮▮

We are attempting to contact you because our records suggest that you are an owner who may be affected by new Timeshare Laws allowing developers to raise maintenance fees with no restriction. These new laws may also make it more difficult for owners such as yourself to get rid of your timeshare.

Let us help.

We will be sending experts to your area in an effort to meet with you in person on the date of September 11, 2018. These experts will be able to sit down with you, talk about your individual situation, and explain exactly how we get you out of your timeshare contract while, in some cases, recouping a portion of your investment.

Newton Group Transfers has been helping owners for 13 years while maintaining a rating of 4.97 stars out of 5 with the Better Business Bureau. We are the #1 trusted name in this industry, and have helped thousands of Timeshare Owners to finally get rid of their financial burden. We can now also help those who still owe on their original Timeshare mortgage, along with those who have recently upgraded.

We will only be in this area for a limited time. Please don't miss your opportunity.

Call (888) 205-5426 on or before September 10, 2018 in order to reserve time with our advisors. You must have a reservation. Space is limited, and we will not be able to accommodate all owners in your area. This reservation will be on a first come, first served basis.

This may be the last opportunity to receive a credit on your 2018 Maintenance Fees.

This is not a land sales offer, nor are we attempting to list or purchase your timeshare.

If you are happy with your timeshare, and have no concern for rising maintenance fees, please do not call. We cannot help you.

1750 E Northrop Blvd, Suite 170, Chandler AZ 85286 — (888) 205-5426

3922-002609

**FROM:**

**ACCOUNTING DIVISION**
2018 US

Official Notification:
No. 009152018

Code Number:
No. NSS1453RLA

**2018**

PRSRT STD
U.S. Postage
**PAID**
Permit No. 207
Omaha, NE

# URGENT

MAIL TO: ⬇

T19  P2 16605  ********************AUTO**5-DIGIT 72143

# IMPORTANT

ATTN: Consumer

Our records show that the benefits of your timeshare ownership may have been misrepresented.

You may qualify for abatement of rising maintenance fees, future special assessments and/or mortgage payments of said timeshare.

There is an introductory new program controlling institutions do not want you to know about that will allow timeshare owners abatement of their liabilities. This is a limited time program so act now.

It is imperative that you contact us on or before **9/14/18 9PM**

## CALL NOW!
## 1-800-480-3675

## REMIT YOUR QUALIFYING CODE NUMBER:
## NSS1453RLA

Sincerely,

Mark Tyler
Settlement Official
Agent No. 46211