| Title | Description |
|---|---|
|  | Get Released from your Timeshare Contract, See our Successful Process, |
|  | Learn how to Terminate your Timeshare Contract -- Satisfaction Guaranteed, |
| Scammed Into a Timeshare? - Exit Your Timeshare Contract. | Forced & Tricked in Buying a Timeshare & Want Out? See Our Quick & Easy Process, |
| Scammed Into a Timeshare? - Exit Your Timeshare Contract. | Forced & Tricked in Buying a Timeshare & Want Out? See Our Quick & Easy Process, |
| Resell Your Timeshare Today | Our Team will Get You Out | Forced & Tricked in Buying a Timeshare & Want Out? See Our Quick & Easy Process, |
| Problems Selling a Timeshare? | Our Team will Get You Out, | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service. Satisfaction Guaranteed. Get Rid of **Timeshares**, Top-rated by Owners. Tired of All the Fees? Services: **Timeshare** Exit Services, Void Tim |
|  | Get Out, Paid Off or Mortgaged, Satisfaction Guaranteed. One-time Low Fee, Top-rated by Owners. Tired of All the Fees? Get Rid of **Timeshares**, Services: **Timeshare** Exit Services, Void **Timeshare** Contract, **Timeshare** Fee |
|  | Learn how to Terminate your Timeshare Contract -- Satisfaction Guaranteed. |
| Cancel Your Timeshare | Get Out of Timeshare Fees | We Release You from your **Timeshare** Quickly & Legally, See our Customer Reviews, |
| Scammed Into a Timeshare? | Exit Your Timeshare Contract. | Forced & Tricked in Buying a Timeshare & Want Out? See Our Quick & Easy Process. Top-rated by Owners. No Hidden Fees. Satisfaction Guaranteed. Get Rid of Timeshares. Services: Timeshare Exit Services, Void Timesha |
| Problems Selling a Timeshare? - Our Team will Get You Out, | Get Out, Paid Off or Mortgaged. Satisfaction Guaranteed. One-time Low Fee, |
| No Takers for Timeshare Sale? - Exit a Timeshare Contract Fast | Problems Selling a **Timeshare?** Simply Cancel the Contract with our Proven Service |
| Resell Your Timeshare Today | Our Team will Get You Out | Problems Selling a **Timeshare?** Simply Cancel the Contract with our Proven Service. Tired of All the Fees? Top-rated by **Owners**, Get Rid of Timeshares. Satisfaction Guaranteed, Services: **Timeshare** Exit Services, Void Tim- |
|  | Get rid of your Timeshare Contract, We Beat any price on Paid-In-Full Transfers. |
| No Buyer for a Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service. Satisfaction Guaranteed. Top-rated by Owners. Get Rid of **Timeshares**, Tired of All the Fees? Services: **Timeshare** Exit Services, Void Tim |
| No Buyer for a Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service. Satisfaction Guaranteed. Get Rid of **Timeshares**. Top-rated by Owners, Tired of All the Fees? Services: **Timeshare** Exit Services, Void Tim |
| No Buyer for a Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service. Get Rid of **Timeshares**. Satisfaction Guaranteed. Tired of All the Fees? Top-rated by Owners, Services: **Timeshare** Exit Services, Void Tim |
| How to Cancel a Timeshare | Get Out of Timeshare Fees | We Void Your **Timeshare** Contract - Legally and Quickly, See Our Customer Reviews, Top-rated by Owners. Get Rid of **Timeshares**. Satisfaction Guaranteed, Tired of All the Fees? Services: **Timeshare** Exit Services, Void Tin |
|  | Exit your **Timeshare** Membership -- Satisfaction Guaranteed. Top-rated Program. |
| No More Paying Timeshare Fees - Exit a Timeshare Contract Fast | Problems Selling a Timeshare? Simply Cancel the Contract with our Proven Service |
| Maintenance Fees Skyrocketing? | Get Out of Your Timeshare, | We **Get You Out** of your **Timeshare Contract**. One-time Low Fee. See our Reviews, Top-rated by Owners, Tired of All the Fees? Satisfaction Guaranteed. **Get Rid of Timeshares**. Services: **Timeshare** Exit Services, Void Time |
| Timeshare Reviews & Complaints | Tired of your Timeshare? | Get rid of your Timeshare Contract, We Beat any price on Paid-In-Full Transfers. No Hidden Fees. Top-rated by Owners. Satisfaction Guaranteed. Get Rid of Timeshares. Services: Timeshare Exit Services, Void Timeshare C |
| Timeshare Cancellation Help | Get Rid of Your Timeshare Here | Looking to **Get Rid** of a **Timeshare?** We Can Help You With That, See our Reviews. |
| No Buyer for a Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service |
|  | Forced & Tricked in Buying a **Timeshare** & Want Out? See Our Quick & Easy Process, |
|  | Learn how to Terminate your Timeshare Contract -- Satisfaction Guaranteed, |
| Say No to All Timeshare Fees - Cancel your Timeshare Here | Exit your **Timeshare** Membership -- Satisfaction Guaranteed, Top-rated Program. |
| No Takers for Timeshare Sale? - Exit a Timeshare Contract Fast | Problems Selling a Timeshare? Simply Cancel the Contract with our Proven Service |
|  | Exit your Timeshare Membership -- Satisfaction Guaranteed. Top-rated Program, |
| No Buyer for a Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service. Get Rid of **Timeshares**, Top-rated by Owners, Tired of All the Fees? Satisfaction Guaranteed. Services: **Timeshare** Exit Services, Void Tim |
| Read Timeshare Reviews Here - Maintenance Fees are Going Up | Learn how to Terminate your Timeshare Contract -- Satisfaction Guaranteed, |
| Say No to All Timeshare Fees - Cancel your Timeshare Here | Exit your **Timeshare** Membership -- Satisfaction Guaranteed, Top-rated Program. |
| Guaranteed Timeshare Exit - Legally Exit Your Timeshare | Forced & Tricked in Buying a **Timeshare** & Want Out? See Our Quick & Easy Process, |
|  | Get Released from your Timeshare Contract, See our Successful Process. |
| No Buyer for a Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service. Satisfaction Guaranteed. Top-rated by Owners. Tired of All the Fees? Get Rid of **Timeshares**. Services: **Timeshare** Exit Services, Void Tim |
| No Buyer for a Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service. Get Rid of **Timeshares**: Satisfaction Guaranteed, Tired of All the Fees? Top-rated by Owners. Services: **Timeshare** Exit Services, Void Tim |
| No Buyer for Timeshare Sale? | Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with **our** Proven Service. Tired of All the Fees? Top-rated by Owners, Get Rid of **Timeshares**. Satisfaction Guaranteed. Services: **Timeshare** Exit Services, Void Tim |
| No Takers for Timeshare Sale? - Exit a Timeshare Contract Fast | Problems **Selling a Timeshare?** Simply Cancel the Contract with our Proven Service |
| How to Cancel a Timeshare - Get Out of Timeshare Fees | We Void Your Timeshare Contract - Legally and Quickly, See Our Customer Reviews. |
|  | Learn how to Terminate your Timeshare Contract -- Satisfaction Guaranteed, |
| Problems Selling a Timeshare? - Our Team will Get You Out, | Get Out, Paid Off or Mortgaged. Satisfaction Guaranteed. One-time Low Fee, |
|  | Exit your Timeshare Membership -- Satisfaction Guaranteed, Top-rated Program. |
| No More Paying Timeshare Fees - Exit a Timeshare Contract Fast | Problems Selling a Timeshare? Simply Cancel the Contract with our Proven Service |
| Maintenance Fees Skyrocketing? - Exit a Vacation Club Contract | Fast & Legal **Vacation** Resort **Club** Release, One-time Low Fee. See Our Reviews. |

EXHIBIT 16