AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, and SHELL VACATIONS, LLC, <br> *Plaintiff(s)* <br> v. <br> US CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., 1PLANETMEDIA INC., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:18-cv-81251-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US CONSUMER ATTORNEYS, P.A.
c/o Henry Portner, Registered Agent
6586 Hypoluxo Rd., Ste. 300
Lake Worth, FL 33467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 17, 2018

Steven M. Larimore
Clerk of Court

s/ Valerie Martinez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, and SHELL VACATIONS, LLC,<br>*Plaintiff(s)*<br>v.<br>US CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., 1PLANETMEDIA INC., et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:18-cv-81251-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HENRY PORTNER
6316 Vireo Ct.
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 17, 2018

Steven M. Larimore
Clerk of Court

s/ Valerie Martinez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC.,
WYNDHAM RESORT DEVELOPMENT
CORPORATION, and SHELL VACATIONS, LLC,

*Plaintiff(s)*

v.   Civil Action No. 9:18-cv-81251-DMM

US CONSUMER ATTORNEYS, P.A., HENRY
PORTNER, ESQ., ROBERT SUSSMAN, PLUTO
MARKETING INC., 1PLANETMEDIA INC., et al.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ROBERT SUSSMAN
1744 Eldon Ct.
El Cajon, CA 92020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 17, 2018

s/ Valerie Martinez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, and SHELL VACATIONS, LLC,<br><br>*Plaintiff(s)*<br>v.<br>US CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., 1PLANETMEDIA INC., et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:18-cv-81251-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

PLUTO MARKETING INC.
c/o EASTBIZ.COM, INC., Registered Agent
5348 Vegas Dr.
Las Vegas, NV 89108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Sep 17, 2018

Steven M. Larimore
Clerk of Court

*s/ Valerie Martinez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, and SHELL VACATIONS, LLC,<br><br>*Plaintiff(s)*<br><br>v.<br><br>US CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., 1PLANETMEDIA INC., et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:18-cv-81251-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

1PLANETMEDIA INC.
c/o Registered Agents Inc., Registered Agent
401 Ryland St., Ste. 200-A
Reno, NV 89502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 17, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Valerie Martinez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, and SHELL VACATIONS, LLC, <br><br> *Plaintiff(s)* <br> v. <br> US CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., 1PLANETMEDIA INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:18-cv-81251-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

NEWTON GROUP TRANSFERS, LLC
c/o CSC-Lawyers Incorporating Service, Registered Agent
601 Abbot Rd.
East Lansing, MI 48823

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 17, 2018

Steven M. Larimore
Clerk of Court

*s/ Valerie Martinez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Florida

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, and SHELL VACATIONS, LLC, <br> *Plaintiff(s)* <br> v. <br> US CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., 1PLANETMEDIA INC., et al. <br> *Defendant(s)* | Civil Action No.  9:18-cv-81251-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

THE NEWTON GROUP, ESA LLC  
c/o CSC-Lawyers Incorporating Service, Registered Agent  
601 Abbot Rd.  
East Lansing, MI 48823

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 17, 2018

Steven M. Larimore  
Clerk of Court

*s/ Valerie Martinez*  
Deputy Clerk  
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, and SHELL VACATIONS, LLC, <br> *Plaintiff(s)* <br> v. <br> US CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., 1PLANETMEDIA INC., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   9:18-cv-81251-DMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DC CAPITAL LAW FIRM, LLP
c/o Corporation Service Company, Registered Agent
1090 Vermont Ave., N.W.
Washington, D.C.  20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred J. Bennington, Jr., Esq. and Glennys Ortega Rubin, Esq., SHUTTS & BOWEN LLP, 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801, Tel. (407) 835-6755; and Daniel J. Barsky, Esq., SHUTTS & BOWEN LLP, 200 S. Biscayne Blvd., Ste. 4100, Miami, FL 3313, Tel. (561) 650-8518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Sep 17, 2018

*s/ Valerie Martinez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court