**UNITED STATES DISTRICT COURT**
for the
**Southern District of Florida**
**Wyndham Vacation Ownership, Inc., et al. vs. US Consumer Attorneys, P.A., et al.**
**9:18-cv-81251-DMM**
**Affidavit of Service**

Received by Orange Legal on the ___20th___ day of ___September___ at __10_ : _35_ PM/AM to
be served upon **NEWTON GROUP TRANSFERS, LLC** c/o CSC-Lawyers Incorporating Service, Registered Agent

On the _20th_ day of _September___ at _1_ : _50_ PM/AM I, _Bradley Tippett_____,
**SERVED** the within named individual at_____
_____601 Abbot Road  East Lansing, MI 48823_____ in the manner indicated below:

(   ) **INDIVIDUAL SERVICE**, by personally delivering a copy of the below-listed documents to the named
Individual.

(   ) **SUBSTITUTE SERVICE**, by leaving a copy of the below-listed documents at his/her usual place of
abode with
_____**(NAME)**, as _____**(RELATIONSHIP)** :a
person residing therein of suitable age and discretion who confirmed the Individual resides at the above
address and informed that person of the contents thereof.

( X ) **CORPORATE SERVICE**, by personally leaving a copy of the below-listed documents with
_Andrea Parsons_____**(NAME)** _Manager_____**(TITLE)** a
person authorized to accept service and informed the person of the contents thereof.

Documents to be
served:_____Summons, Complaint w/Exhibits and Civil Cover Sheet_____
_____

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS
AS FOLLOWS:

**Race**__W__ **Age**__30__ **Sex**__F-M__ **Height**__5 8__ **Weight**_160__ **Hair**_Blonde_ **Glasses**__X̶ or N̄

I, being first duly sworn on oath, depose and state:  I am a citizen of the United States, over the age of
eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the
jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of
perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _Bradley Tippett_  _Bradley Tippett_ _____ _9/20/2018_
          Print                       Signature            Server ID #              Date

State of _Michigan__ County of _Genesee__
Sworn and subscribed before me on this _20th_ day of _September___ ,20_18_ by the Affiant who
is personally known to me.

_Walter Johnson_____
Notary Public

WALTER D JOHNSON
Notary Public – State of Michigan
County of Genesee
My Commission Expires Mar 21, 2024
Acting in the County of _Genesee_