UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Wyndham Vacation Ownership, Inc., et al. vs. US Consumer Attorneys, P.A., et al.

9:18-cv-81251-DMM

Affidavit of Service

Received by Orange Legal on the _____ 20th ____ day of __September__ at __10__ : __35__ ~~PM~~/AM to be served upon **THE NEWTON GROUP, ESA LLC c/o CSC-Lawyers Incorporating Service, Registered Agent**

On the __20th__ day of __September__ at __1__ : __50__ PM/~~AM~~, __Bradley Tippett__, **SERVED** the within named individual at _____
__601 Abbot Road  East Lansing, MI 48823_____ in the manner indicated below:

( ) **INDIVIDUAL SERVICE**, by personally delivering a copy of the below-listed documents to the named Individual.

( ) **SUBSTITUTE SERVICE**, by leaving a copy of the below-listed documents at his/her usual place of abode with _____ (NAME), as _____ (RELATIONSHIP) :a person residing therein of suitable age and discretion who confirmed the Individual resides at the above address and informed that person of the contents thereof.

(X) **CORPORATE SERVICE**, by personally leaving a copy of the below-listed documents with __Andrea Parsons__ (NAME) __Manager__ (TITLE) a person authorized to accept service and informed the person of the contents thereof.

Documents to be served: __Summons, Complaint w/Exhibits and Civil Cover Sheet__

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Race __W__ Age __30__ Sex __FM__ Height __5 8__ Weight __160__ Hair __bld__ Glasses Y or (N)

I, being first duly sworn on oath, depose and state: I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: __Bradley Tippett__  __[Signature]__  _____  __9/20/2018__
       Print                 Signature        Server ID #    Date

State of __Michigan__ County of __Genesee__
Sworn and subscribed before me on this __20th__ day of __September__, 20 __18__ by the Affiant who is personally known to me.

__[Signature]__
Notary Public

WALTER D JOHNSON
Notary Public – State of Michigan
County of Genesee
My Commission Expires Mar 21, 2024
Acting in the County of __Genesee__