AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   9:18-CV-81251-DMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ROBERT SUSSMAN

was received by me on *(date)*          09/20/2018            .

☑ I personally served the summons on the individual at *(place)*   1744 ELDON CT., EL CAJON, CA 92020

                                    AT 10:46AM       on *(date)*          09/30/2018          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____          on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    10/01/2018

                                                        _____
                                                            *Server's Signature*

                                             R.T. HANSELL   SAN DIEGO  RPS #1422
                                                            *Printed name and title*

                                             SAN DIEGO SERVICE OF PROCESS
                                                    2445 MORENA BLVD. #201
                                                      SAN DIEGO, CA 92110
                                                            *Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: Complaint; Civil Cover Sheet