UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WYNDHAM VACATION OWNERSHIP, INC.,; ET. AL.

           Plantiff

v.

US CONSUMER ATTORNEYS, P.A.,; ET. AL.

           Defendant

Case No.:9:18-cv-81251-DMM

## AFFIDAVIT OF CORPORATE SERVICE

Mellisa Welch - Process Specialist, a person of suitable age and discretion, of the office of REGISTERED AGENTS INC., registered agent for 1PLANETMEDIA, INC., at the registered address of:

That on 9/20/2018 at 2:57 PM at 401 Ryland St Ste 200A, Reno, NV 895021643 I served 1PLANETMEDIA, INC. with the following list of documents: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Mellisa Welch whose title is Process Specialist.

That the description of the person actually served is as follows: Gender: Female Skin: White Age: 31-35 Height: 5'1 - 5'6 Weight: 141-160 Lbs Hair: Brown Eyes: Blue Marks:

Subscribed and sworn before me, a Notary Public, this 3rd day of October, 2018

JOHNNO LAZETICH
Notary Public
My Commision expires on: 1/28/2020



ROBERT JAMES CLARK
ORANGE LEGAL SERVICE
633 EAST COLONIAL DR.
ORLANDO, FL 32803
(180) 027-5799 x 1



Order #:R48208
Their File 507115