### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**Wyndham Vacation Ownership, Inc., et al.**

**Plaintiff(s)**

vs.   Case No.: 9:18-cv-81251-DMM

**US Consumer Attorneys, P.A., et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint for Damages and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/20/2018 at 12:11 PM, I served DC Capital Law Firm, LLP c/o Corporation Service Company, Registered Agent with the Summons, Civil Cover Sheet, and Complaint for Damages and Injunctive Relief with Exhibits at 1090 Vermont Avenue, NW, Washington, DC 20005 by serving Lindsey Magalis Coach, Litigation Management Representative, authorized to accept service.

Lindsey Magalis Coach is described herein as:

Gender: Female   Race/Skin: White   Age: 25   Weight: 135   Height: 5'6"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true.

9/21/18
Executed On

Ambiko Wallace

Client Ref Number: 207124
Job #: 1551145

Orange Legal, Inc. 633 East Colonial Drive Orlando, FL 32803