SHUTTS & BOWEN, LLP
300 South Orange Avenue, Suite 1600
Orlando, FL 32801
(407) 423-3200
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., ET AL.<br><br>*Plaintiff*<br><br>US CONSUMER ATTORNEYS, P.A., ET AL.<br><br>*Defendant* | Case Number: 9:18-CV-81251-DMM<br><br>**AFFIDAVIT OF SERVICE** |

BRENT ALLEN REID, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Thursday September 20 2018; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF WITH EXHIBITS**

**I served the same on Thursday September 20 2018 at 12:12PM by:**

**Serving Defendant PLUTO MARKETING INC., A NEVADA CORPORATION, BY SERVING EASTBIZ.COM, INC., REGISTERED AGENT**

by serving: ASHLEY CANEZ, FRONT DESK ON BEHALF OF EASTBIZ.COM, INC., REGISTERED AGENT, AUTHORIZED TO ACCEPT    at the Defendant's Business located at 5348 VEGAS DR, LAS VEGAS, NV  89108.

SUBSCRIBED AND SWORN to before me on this
**Friday September 21 2018 By the Affiant.**

_Cathleen V. Holmes_
Notary Public

NOTARY PUBLIC
CATHLEEN V. HOLMES
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP JUNE 21, 2019
No: 07-3770-1

Affiant: BRENT ALLEN REID #R-061962
LEGAL WINGS, INC.
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

*8984200.571242*