**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 18-81251-CV-MIDDLEBROOKS/Brannon

WYNDHAM VACATION OWNERSHIP,
INC., a Delaware corporation; WYNDHAM
VACATION RESORTS, INC., a Delaware
corporation, WYNDHAM RESORT
DEVELOPMENT CORPORATION, an
Oregon Corporation, and SHELL VACATIONS,
LLC, an Arizona limited liability company,

       Plaintiffs,

v.

US CONSUMER ATTORNEYS, P.A., a
Florida professional corporation; HENRY
PORTNER, ESQ. an individual; and
ROBERT SUSSMAN, an individual;
PLUTO MARKETING INC., a Nevada
corporation; and 1PLANETMEDIA INC, a
Nevada corporation; JOHN DOES #1-50;
NEWTON GROUP TRANSFERS, LLC, a
Michigan limited liability company; THE
NEWTON GROUP, ESA LLC, a Michigan
limited liability company; and DC
CAPITAL LAW FIRM, LLP, a Washington
D.C. limited liability partnership,

       Defendants.

_____/

**ORDER DENYING MOTION TO CONTINUE TRIAL**

THIS CAUSE is before the Court on Plaintiffs' Motion to Modify Trial Date, filed on
October 5, 2018. (DE 14).

The complaint in this case was filed on September 14, 2018. (DE 1). On September 25,
2018, this Court entered an order scheduling trial on June 19, 2019. (DE 6). Plaintiffs now seek a 6-
month continuance, citing to discovery disputes which are ongoing in *another* lawsuit pending in this
district which apparently involves overlapping defendants. Plaintiffs argue that they expect the same
sorts of "discovery abuses" to occur in this case, which will warrant rescheduling the trial. The mere

possibility that discovery disputes may arise in the future does not constitute good cause for a continuance.  Accordingly, the motion is denied.

Indeed, even if discovery disputes *actually* arise in this case, it is not likely that a continuance will be necessary.  Any discovery issues which require a court ruling should be addressed in a timely-filed motion, and I will seek to resolve the disputes promptly.

The Parties are advised that if they anticipate having difficulty meeting pretrial deadlines and/or preparing this case for trial on the current schedule, they may consent to the jurisdiction of United States Magistrate Judge Dave Lee Brannon, who generally allows the Parties great flexibility in setting the course and schedule, including the trial date, of their case.  The consent form can be found at Appendix A of the Pretrial Scheduling Order.  (DE 7 at p.10).

I also note that Plaintiffs failed to comply with Southern District of Florida Local Rule 7.1(a)(3) in filing this motion. Future motions filed without a conferral certificate in accordance with Local Rules will be denied on that basis alone.

Based on the foregoing, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Modify Trial Date (DE 14) is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _5_ day of October, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record