# Affidavit of Process Server

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

(NAME OF COURT)

WYNDHAM VACATION OWNERSHIP, INC., et al. vs US CONSUMER ATTORNEYS, P.A., et al.   9:18-CV-81251-DMM

PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT          CASE NUMBER

I, K. WYSONG_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served HENRY PORTNER, ESQ. an individual

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; COMPLAINT; CIVIL COVER SHEET

by leaving with JESS GREEN          LEGAL SECRETARY TO HENRY PORTNER At

NAME          RELATIONSHIP

☐ Residence_____

ADDRESS          CITY / STATE

☑ Business 1300 N. JOHNSON AVE., STE. 107          EL CAJON, CA 92020

ADDRESS          CITY / STATE

On 10/4/2018_____ AT 11:15AM

DATE          TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on 10/4/2018

DATE

from San Diego    CA    92110

CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
DATE          TIME          DATE          TIME

(3)_____ _____ (4)_____ _____ (5)_____ _____
DATE    TIME          DATE    TIME          DATE    TIME

**Description:.** Age 30   Sex F   Race CAUC Height 5'9"   Weight 175   Hair BRN  Beard_____   Glasses_____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 8th day of October, 20 18, by K. WYSONG, RPS #1802
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

YOLANDA MURRAY
Commission No. 2232208
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires March 20, 2022

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of CALIFORNIA



FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: Wyndham Vacation Ownership, Inc., et al. | CASE NUMBER:<br>9:18-cv-81251-DMM |
| DEFENDANT/RESPONDENT: US Consumer Attorneys, PA., et al. | |

### DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I, K. Wysong   , am a registered process server and am employed in the county of San Diego. I am aware of the facts presented below. After due and diligent effort, I have been unable to effect personal service on the below- named subject. A list of dates, times and attempts at service is as follows:

SERVEE: HENRY PORTNER, ESQ.

ADDRESS: 1300 N. JOHNSON AVE., STE 107 EL CAJON, CA 92020

SERVICE ATTEMPTS AND RESULTS:

10/1/2018 at 2:40pm - Subject is out of state per his legal secretary Jess Green. Left contact card.

10/3/2018 at 3:40am - Subject not in per receptionist.

10/4/2018 at 11:15am - Subject not in. Substitute service effected by leaving with Jess Green, Legal Secretary/ Authorized to Accept per Henry Portner.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/8/2018

K. Wysong
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other *(Specify):*
RPS# 1802 San Diego County

Form Approved for Optional Use<br>Judicial Council of California<br>MC-031 [Rev. July 1, 2005]     **ATTACHED DECLARATION**     Page 1 of 1

www.accesslaw.com