UNITED STATES DISTRICT COURT
for the
Southern District of Florida
Wyndham Vacation Ownership, Inc., et al. vs. US Consumer Attorneys, P.A., et al.
9:18-cv-81251-DMM
Affidavit of Service

Received by Orange Legal on the __19th__ day of __September__ 2018 at __4__ : __00__ (PM)/AM to be served upon **US CONSUMER ATTORNEYS, P.A.**

On the __4th__ day of __October__ at __11:15__ PM/AM, I, __K. Wysong__.
**SERVED** the within named individual at
__1300 North Johnson Avenue, Suite 107 El Cajon, CA 92020__ in the manner indicated below:

( ) **INDIVIDUAL SERVICE**, by personally delivering a copy of the below-listed documents to the named Individual.

( ) **SUBSTITUTE SERVICE**, by leaving a copy of the below-listed documents at his/her usual place of abode with
_____(NAME), as _____ (RELATIONSHIP) :a person residing therein of suitable age and discretion who confirmed the Individual resides at the above address and informed that person of the contents thereof.

( X ) **CORPORATE SERVICE**, by personally leaving a copy of the below-listed documents with Porther (agent)
__Jess Green__ (NAME) __Legal Secretary/ATA per Her__ (TITLE) a person authorized to accept service and informed the person of the contents thereof.

Documents to be
served: __Summons, Complaint with Exhibits and Civil Cover Sheet__

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Race __Cauc__ Age __30__ Sex __F__ Height __5'8"__ Weight __175__ Hair __Light Brn__ Glasses (Y)/or N

I, being first duly sworn on oath, depose and state: I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: __K. Wysong__   Signature   Server ID # __1802__   Date __10/8/18__

State of __California__ County of __San Diego__
Sworn and subscribed before me on this __8th__ day of __October__, 20__18__ by the Affiant who is personally known to me.

Notary Public

YOLANDA MURRAY
Commission No. 2232206
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires March 20, 2022