UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:18-cv-81251-DMN-MIDDLEBROOKS/BRANNON

WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC., a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation, and SHELL VACATIONS, LLC, an Arizona limited liability company,

    Plaintiffs,

v.

U.S. CONSUMER ATTORNEYS, P.A., a Florida professional corporation; HENRY PORTNER, ESQ. an individual; and ROBERT SUSSMAN, an individual; PLUTO MARKETING INC., a Nevada corporation; and 1PLANETMEDIA INC, a Nevada corporation; JOHN DOES #1-50; NEWTON GROUP TRANSFERS, LLC, a Michigan limited liability company; THE NEWTON GROUP, ESA LLC, a Michigan limited liability company; and DC CAPITAL LAW FIRM, LLP, a Washington D.C. limited liability partnership,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants U.S. CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., and 1PLANETMEDIA, INC., pursuant to *Fed. R. Civ. P.* 6(b) and SD Local Rule 7.1, move for an extension of time to respond to the Complaint (ECF 1) and in support state:

1

1. On September 14, 2018, Plaintiffs filed their Complaint.

2. According to the Affidavits of Service filed with the Court (ECF 11 & 13), Defendants PLUTO MARKETING INC., and 1PLANETMEDIA, INC. were served on September 20, 2018. A response is therefore currently due from these Defendants by October 11, 2018.

3. The Complaint contains 182 paragraphs, 7 causes of action, and includes complex issues of law.

4. The undersigned attorney was retained on October 10, 2018, and requires additional time to appropriately address the issues raised in the Complaint prior to filing a response.

5. No party will be prejudiced by the extension of time requested herein.

6. Defendants U.S. CONSUMER ATTORNEYS, P.A., HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., and 1PLANETMEDIA, INC. propose to file a single response, on an agreed date, to conserve judicial resources

7. Accordingly, Defendants request an extension of time up to November 5, 2108 to respond to the Complaint.

8. Pursuant to SD Local Rule 7.1(a)(3), counsel for Defendants contacted counsel for Plaintiffs, who do not object to the relief requested in this Motion.

## MEMORANDUM OF LAW

This Court has the discretion to extend the time for any judicial proceeding upon a showing of good cause pursuant to *Fed. R. Civ. P.* 6(b). The Court also has broad discretion over management of pre-trial activities and scheduling. *Johnson v. Board of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *see also Barber v. America's Wholesale Lender*, 289 F.R.D. 364, 366 (M.D. Fla. 2013) (district court has "unquestionable" authority to control its own docket). In light of the circumstances set forth above, Defendants U.S. CONSUMER ATTORNEYS, P.A.,

HENRY PORTNER, ESQ., ROBERT SUSSMAN, PLUTO MARKETING INC., and 1PLANETMEDIA, INC. have established good cause for an extension of time to respond to the Complaint.

WHEREFORE, Defendants request that this Court issue an order extending the time to respond to the Complaint up to November 5, 2018.

                                  LAWRENCE G. WALTERS
                                  Florida Bar No.: 0776599
                                  Primary Email:  larry@firstamendment.com
                                  Secondary Email:  paralegal@firstamendment.com
                                  **WALTERS LAW GROUP**
                                  195 W. Pine Avenue
                                  Longwood, Florida 32750
                                  Telephone: (407) 975-9150

                                  *ATTORNEY FOR U.S. CONSUMER ATTORNEYS, P.A., PORTNER, SUSSMAN, PLUTO MARKETING INC., & 1PLANETMEDIA, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on October 11, 2018, which will serve a copy by email on all counsel of record.

                                  Lawrence G. Walters