**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION
Case No.: 9:18-cv-81251-REINHART

WYNDHAM VACATION OWNERSHIP, INC. a Delaware corporation; WYNDHAM VACATION RESORTS, INC., a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION; an Oregon Corporation, and SHELL VACATIONS, LLC, an Arizona limited liability company,

      Plaintiffs,

v.

US CONSUMER ATTORNEYS, P.A., a Florida professional corporation; HENRY PORTNER, ESQ. an individual; ROBERT SUSSMAN, an individual; PLUTO MARKETING INC., a Nevada corporation; and 1PLANETMEDIA INC, a Nevada corporation; JOHN DOES #1-50;

_____/

NEWTON GROUP TRANSFERS, LLC, a Michigan limited liability company,

      Cross-Claim Plaintiff,

v.

US CONSUMER ATTORNEYS, P.A., a Florida professional corporation;

      Cross-Claim Defendant.

**JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE OF REMAINING CLAIMS AGAINST DEFENDANTS U.S. CONSUMER ATTORNEYS, P.A. AND HENRY PORTNER, ESQ.**

Plaintiffs, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Resort Development Corporation, and Shell Vacations, LLC (collectively, "Plaintiffs") and Defendants, Henry Portner, Esq. (collectively, the "Defendants") (the Plaintiff and Defendants together, the "Parties"), by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate as follows:

1. On October 20, 2020, the Parties submitted their *Joint Stipulation for the Entry of Final Permanent Injunction against Defendants U.S. Consumer Attorneys, P.A. and Henry Portner, Esq.* (Doc. 195) (the "Injunction Stipulation"), requesting the entry of a permanent injunction in the form attached thereto.

2. On October 21, 2020, the Court entered the permanent injunction requested by the Parties' Injunction Stipulation (Doc. 199) (the "Permanent Injunction").

3. In consideration of the entry of the Permanent Injunction, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Parties move the Court for the entry of an order dismissing <u>with prejudice</u> claims asserted by Plaintiffs against Defendants, with each party to bear their own expenses and costs.

4. The Parties further stipulate and agree that nothing stated herein affects the Court's retention of jurisdiction over the enforcement of the Permanent Injunction.

Dated: March 21, 2021.

| | |
|---|---|
| */s/ Christian M. Leger* | */s/ Brian T. Giles* |
| ALFRED J. BENNINGTON, JR., ESQ. | BRIAN T. GILES, ESQ. |
| Florida Bar No. 0404985 | Florida Bar No. 929751 |
| bbennington@shutts.com | brian@gilesfirm.com |

| | |
|---|---|
| GLENNYS ORTEGA RUBIN, ESQ.<br>Florida Bar No. 556361<br>grubin@shutts.com<br>CHRISTIAN M. LEGER, ESQ.<br>Florida Bar No. 100562<br>cleger@shutts.com<br>SHUTTS & BOWEN LLP<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Telephone: (407) 835-6755<br>Facsimile: (407) 849-7255<br><br>and<br><br>ERIC C. CHRISTU, ESQ.<br>Florida Bar No. 434647<br>ecchristu@shutts.com<br>SHUTTS & BOWEN LLP<br>525 Okeechobee Boulevard, Suite 1100<br>West Palm Beach, Florida 33401<br>Telephone: (561) 835-8500<br>Facsimile: (561) 650-8530<br><br>*Attorneys for Plaintiffs* | THE LAW OFFICES OF BRIAN T. GILES, LLC<br>1470 Apple Hill Rd<br>Cincinnati, OH 45230-5113<br>Telephone: (513) 379-2715<br><br>*Attorneys for U.S. Consumer Attorneys, P.A. and Henry Portner, Esq.* |

ORLDOCS 17925837 1